**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

MAR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SYSKA HENNESSY GROUP CONSTRUCTION, INC.**
11 West 42nd Street
New York, New York 10036

v.

**GEORGE D. BLACK, SR., d.b.a. INFII INDIVIDUAL SURETY**
9005 S. Ada Street
Chicago, Illinois 60620

**Serve On:** George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

**and**

**I.I.T.S., L.L.C.**
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

**Serve On:** Mayor Anthony A. Williams
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

CASE NUMBER 1:06CV00486
JUDGE: Richard W. Roberts
DECK TYPE: Contract
DATE STAMP: 03/14/2006

JURY ACTION

**COMPLAINT**

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC.** ***("Syska")*** by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, William E. Hutchings, Jr. and Saunders & Schmieler, P.C.* and sues the Defendants **GEORGE D. BLACK, SR., d.b.a. INFINITY**

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

**INDIVIDUAL SURETY (*"Surety"*)** and **I.I.T.S., L.L.C. (*"IITS"*)** alleges as follows:

**Parties, Jurisdiction and Venue**

1. Plaintiff, Syska Hennessy Group Construction, Inc. ("Syska") is a corporation organized and existing under the laws of the state of New York, with its principal place of business located in New York, New York.

2. Defendant George D. Black d.b.a. Infinity Individual Surety, ("Surety") is a resident of the state of Illinois.

3. Defendant I.I.T.S., L.L.C. ("IITS") is a limited liability company organized and existing under the laws of the state of Maryland with its principal place of business located in Washington, D.C.

4. Defendant IITS maintains no resident agent in the District of Columbia and is not registered to conduct business in the District of Columbia.

5. This Court has subject matter jurisdiction over this dispute pursuant to 40 U.S.C. § 3133(b) and 28 U.S.C.§ 1331 and 1332.

6 Venue is appropriate in this Court pursuant to 40 U.S.C. § 3133(b) as the project and performance that is the source of this dispute is located in the judicial district of the District of Columbia.

**Background Facts**

7. On or about September 30, 2004, Defendant IITS entered into a contract with the United State Department of Agriculture for the Test Evaluation Room Renovation

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

Project for the USDA, Project # APHIS-04-055 ("the Project"), located in the District of Columbia.

8. The Project involved the renovation of the Evaluation Room in the USDA South Building 7, Sublevel Room 0722, Washington, D.C., including the furnishing of labor, materials, appliances, and equipment necessary to remove cabinets, install sinks, and appliances, and to perform other work as described in said primary contract.

9. In order to secure its payment obligations on the Project, and as required by the Miller Act, IITS supplied a payment bond for the Project, Bond No.: 50-32KW-055, issued by Defendant George D. Black, Sr. d.b.a. Infinity Individual Surety.

10. On November 23, 2004, Defendant IITS entered into a subcontract with Syska (the "Subcontract") for Syska to perform certain work associated with the Project, including the furnishing of labor, materials, appliances, and equipment necessary to remove cabinets, install sinks, and appliances, and to perform other work as described in said primary contract.

11. During the course of the Project, Syska performed certain additional change order work on the Project at the direction and under the supervision of IITS.

12 Syska fully and satisfactorily completed all of the work required under its Subcontract, including the additional change orders work it was directed to perform by IITS.

13. More than ninety (90) days have passed since Syska's last work on the Project.



LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

14. The total value of Syska's work on the Project, including the change order work directed by IITS, is $89,543.00.

15. To date, Syska has not received any payment for its performance of the Subcontract nor for any work on the Project.

16. Despite proper demand, IITS has refused to pay Syska the remaining monies due and owing in connection with its work on the Project.

17. All conditions necessary to bringing this action have been satisfied.

**Count I**
(Action on Payment Bond - Defendant Surety)

18. Syska hereby incorporates paragraphs 1-17 as if fully set forth herein.

19. Defendant IITS has failed to promptly make payments due Syska in connection with its work on the Project and under the Subcontract in the amount of $89,543.00.

20. Defendant IITS's actions are wrongful and constitute a breach of the Subcontract.

21. Syska is owed $89,543.00 for labor and materials supplied in the prosecution of the work on the Project.

22. As IITS's Miller Act surety, Defendant Surety is liable under the IITS payment bond for the unpaid amounts due Syska under its Subcontract.

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

23. Pursuant to the terms of the Subcontract and the IITS payment bond, Defendant Surety is liable for Syska's reasonable attorneys' fees, costs, charges and expenses associated with this action.

***WHEREFORE***, Syska hereby demands judgment against Defendant **GEORGE D. BLACK, SR., d.b.a. INFINITY INDIVIDUAL SURETY** in the amount of $89,543.00, plus reasonable attorneys' fees, costs, charges, expenses, interest and such further relief as this Court deems appropriate.

**Count II**
(Breach of Contract - Defendant IITS)

24. Plaintiff hereby incorporates paragraphs 1-23 as if fully set forth herein.

25. On or about November 23, 2004 Defendant IITS subcontracted with the Plaintiff for the Plaintiff to perform improvements to United State Department of Agriculture's Evaluation Room in the USDASouth Building 7, Sublevel Room 0722, Washington, D.C., in furtherance of the Test Evaluation Room Renovation Project for the USDA, Project # APHIS-04-055, Subcontract # IITS-04-SH-0001.

26. Subsequent to supplemental change order agreements, the amount of said Subcontract was $89,543.00.

27. Plaintiff fully complied with all terms of said Subcontract and fully and timely performed all labor and supplied all materials called for under the terms of the Subcontract.

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

28. To date, and despite multiple and timely demand for payment, Defendant IITS has failed to remit payment to Plaintiff of the contract amount of $89,543.00 as required by the Subcontract.

29. By failing to pay Plaintiff the balance due on the Subcontract, Defendant IITS has and continues to materially breach the Subcontract and all Supplemental Subcontract Task Order Agreements.

30. And Defendant IITS otherwise materially breached the Subcontract and all Supplemental Subcontract Task Order Agreements.

***WHEREFORE***, the Plaintiff demands judgment against Defendant **IITS** in the amount of $89,543.00, pre-judgment interest, post-judgment interest, attorney fees, and any other damages this Court deems just and equitable.

**JURY DEMAND**

Plaintiff respectfully requests trial by jury.

Respectfully submitted,

***SAUNDERS & SCHMIELER, P.C.***

Jeffrey R. Schmieler, #055964
Brian E. Hoffman, #473860
William Hutchings, Jr. #485638
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
***Counsel for Plaintiff***

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717