UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
SYSKA HENNESSY GROUP
CONSTRUCTION, INC.

v.

GEORGE D. BLACK, SR., d.b.a. INFINITY
INDIVIDUAL SURETY, et al.

\*

CASE NUMBER   1:06CV00486

JUDGE: Richard W. Roberts

DECK TYPE: Contract

DATE STAMP: 03/15/2006

\*

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Syska Hennessy Group Construction, Inc., certify that to the best of my knowledge and belief, Syska Hennessy Group Construction, Inc. has no parents, trusts, subsidiaries and/or affiliates that have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

**SAUNDERS & SCHMIELER, P.C.**

Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
William Hutchings, Jr. #485638
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073 (Fax)
**Counsel for Plaintiff**

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717