UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
SYSKA HENNESSY GROUP
CONSTRUCTION, INC.
11 West 42nd Street
New York, New York 10036

v.

GEORGE D. BLACK, SR., d.b.a. INFINITY
INDIVIDUAL SURETY

and

I.I.T.S., L.L.C.

CASE NUMBER   1:06CV00486
JUDGE: Richard W. Roberts
DECK TYPE: Contract
DATE STAMP: 03/##/2006

## WAIVER OF SERVICE OF SUMMONS

TO:  Jeffrey R. Schmieler, Esquire
     Brian E. Hoffman, Esquire
     William E. Hutchings, Jr., Esquire
     Saunders & Schmieler, P.C.
     8737 Colesville Road, Suite L201
     Silver Spring, Maryland  20910

I acknowledge receipt of your request that I waive service of a summons in the action of the United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc. vs. I.I.T.S., L.L.C., et al., which is case number 1:06cv00486 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of services of a summons and an additional copy of the complaint in this lawsuit by not requiring that I or the entity on whose behalf I am acting) be served with judicial process in the matter provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

2

     I understand that a judgment may be entered against me (or the party/entity on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _May 26, 2006_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_25 April 2006_
Date

_[signature]_
Signature
I.I.T.S., LLC
1090 Vermont Avenue, N.W.
Washington, DC 20005

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

3