# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      *
  FOR THE USE AND BENEFIT OF
  SYSKA HENNESSY GROUP      *
  CONSTRUCTION, INC.

                         *

v.                            Case No.: 1:06CV00486
                         *

GEORGE D. BLACK, SR., d.b.a. INFINITY
  INDIVIDUAL SURETY, et al.      *

## EXPEDITED MOTION FOR EXTENSION OF TIME LIMIT TO SERVE
## THE DEFENDANT GEORGE D. BLACK, SR. AND
## LEAVE TO SERVE DEFENDANT GEORGE D. BLACK BY ALTERNATIVE MEANS
_____

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of

**SYSKA HENNESSY GROUP CONSTRUCTION, INC. *("Syska")*** by and through its

attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, William E. Hutchings, Jr. and Saunders

& Schmieler, P.C.* and, pursuant to Rule 4 of the Federal Rules of Civil Procedure, moves

that this Honorable Court extend the time limit to serve the Defendant George D. Black, Sr.

with process and grant leave to serve Mr. Black by first class mail and in support thereof

further states:

       1.       On March 13, 2006, Syska filed a Complaint against George D. Black, d.b.a.

Infinity Individual Surety, and IITS, Inc. arising out of IITS's refusal, despite proper demand,

IITS to pay Syska the remaining monies due and owing in connection with its work on a

subcontract between Syska and IITS for the renovation of the Evaluation Room in the USDA

South Building 7, Sublevel Room 0722, Washington, D.C., including the furnishing of labor,

materials, appliances, and equipment necessary to remove cabinets, install sinks, and

appliances, and to perform other work as described in IITS's contract with the United State Department of Agriculture for the Test Evaluation Room Renovation Project for the USDA, Project # APHIS-04-055.

2.    Mr. Black's failure to provide payment to Syska under the payment bond as required by the Miller Act.

3.    On March 24, 2006, Syska mailed to Mr. Black and IITS a request for waiver of service pursuant to Rule 4(d).  IITS agreed to waive service but failed to file a responsive pleading and is now in default.  See Exhibit 1.

4.    The Rule 4(d) request for waiver of service was mailed to Mr. Black at 9005 S. Ada Street, Chicago, Illinois 60620.  Id.  The request was forwarded by the United States Postal Service to 4360 Western Center Boulevard #1161, Fort Worth, TX 76137-2043.  See Exhibit 2.  Mr. Black signed the return receipt, a copy the receipt is attached hereto, on April 17, 2006.  Id.

5.    On April 27, 2006, William E. Hutchings, Jr., Esquire contacted Mr. Black by telephone. During this telephone conversation, Mr. Black confirmed that the correct address for him was 9005 S. Ada Street, Chicago, Illinois 60620 and stated that the letter should not have been forwarded to Texas.  See Exhibit 3.

6.    On April 11, 2006, Syska requested that the Clerk for the United States District Court for the District of Columbia issue a Summons for service on Mr. Black.  See Exhibit 4. On April 17, 2006, the Summons was issued.

7.    On or about May 20, 2006, a private process server attempted to serve Mr. Black at 9005 S. Ada Street Chicago Illinois and was informed by the current tenant that Mr.

2

Black did not reside at the Ada Street address.  See Exhibit 5.

8.     On or about June 7, 2006, the process server obtained possible address for Mr. Black at 1807 Highland Trail, St. Cloud, Minnesota 56301.  On or about June 7, 2006, the process server attempted to serve Mr. Black at the Highland Trail address and the current tenant informed the process server that no one by the name of George D. Black resided there.  Id.

9.     On or about July 7, 2006, the process server obtained via skip-trace another possible address for Mr. Black at 1130 Silverwood Drive #106 Arlington, Texas 76006.  The current tenant, who the process server believed to be Mr. Black's son, George D. Black, Jr., indicated that Mr. Black moved from the Silverwood Drive address in 2002 and further indicated that he did not know Mr. Black's current address.  Id.

10.     On June 8, 2006, the Clerk of the United States District Court for the District of Columbia incorrectly entered default against Mr. Black.  On June 21, 2006, the record was corrected to reflect an Entry of Default against IITS, Inc. only.

11.     On or about June 16, 2006, plaintiff's counsel was contacted by Doug Green who identified himself as an attorney and solo practitioner from Texas but did not disclose who he represented in this matter.   See Exhibit 3.  He asked to speak to one of the attorneys representing Syska in this litigation; however, none of the attorneys were present in the office at the time.  Id.  His telephone number contained a Texas area code.  Id.

12.     William E. Hutchings, Jr., Esquire attempted on two occasions to return Mr. Green's call.  On each occasion he was told Mr. Green was not in the office and left a voice mail message indicating that Mr. Hutchings was returning Mr. Green's call and requested that

Mr. Green call him back. Id. Mr. Green did not make any further contact with Saunders & Schmieler, P.C. Id.

13.    Since evidence exists that Mr. Black received the request for waiver of service of process at the 4360 Western Center Boulevard #1161, Fort Worth, Texas 76137-2043 address and confirmed to Syska's attorney's that 9005 S. Ada Street, Chicago, Illinois 60620 was the correct address for him, Syska requests that this Honorable Court grant leave for Syska to serve process on Mr. Black by mailing via First Class Mail a copy of the Summons, Civil Coversheet, Complaint, and Consent to proceed before United States Magistrate Judge to the Fort Worth, Texas and Chicago, Illinois addresses and allow the effective service date to be the date of mailing Process to Mr. Black.

14.    Mr. Black's due process notice rights have been satisfied because he has received and acknowledged actual notice of this action. See Ali v. Mid-Atlantic Settlement Services, Inc., 233 F.R.D. 32, 36 (D.D.C. 2006) ("actual notice satisfies the due process notice requirement . . . Where the defendant receives actual notice and the plaintiff makes a good faith effort to serve the defendant pursuant to the federal rule, service of process has been effective particularly where the defendant has engaged in evasion, deception, or trickery to avoid being served." citations omitted).  When asked whether the Fort Worth, Texas was the correct address, Mr. Black responded that the 2005 S. Ada Street, Chicago, Illinois address was the correct address.  When the process server attempted service at the Chicago, Illinois address, the resident replied that Mr. Black did not reside at this address. Further, a formal change of address was given to the United States Postal Service. However, upon information and belief, the Fort Worth Taxas address is for a post office box

4

at a Post & Parcel store in Fort Worth, Texas and not a residential address. Clear evidence exists that Mr. Black is evading service of process in this case.

15.     Syska has made good faith and diligent efforts to serve Mr. Black within the 120 day limit proscribed by Rule 4(m) but has not been able to locate Mr. Black and Mr. Black has engaged in an effort to evade service of process. This court has granted an extension to the time for service when a plaintiff shows good faith efforts to serve a defendant. See, e.g. Shaw v. District of Columbia, No. 05-1284, 2006 U.S. Dist. LEXIS 29423, *27-28 (D.D.C. May 15, 2006). As is exhibited in the Affidavit of Adam H. Parker attached hereto as Exhibit 5, Syska has made diligent efforts to locate and serve Mr. Black.

16.     Syska requests that this Honorable Court grant it an additional sixty days (60) days to serve Mr. Black by mail.

WHEREFORE, for the reasons stated above, Plaintiff, Syska, requests that this Honorable Court grant it an additional sixty (60) days to serve Defendant George D. Black and grant it leave to serve Mr. Black by Alternative means.

Respectfully submitted,

**SAUNDERS & SCHMIELER, P.C.**

_/s/_____

Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
William Hutchings, Jr. #485638
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
**Counsel for Plaintiff**

5

**CERTIFICATE OF SERVICE**

I hereby certify, that a copy of the foregoing Motion Extend the Time Limit to Serve

the Defendant George D. Black, Sr. with Process and Grant Leave to Serve Process by

Alternative Means and supporting affidavit was sent, postage pre-paid, first class mail, this

**12th** day of **July, 2006,** to the following:

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

_____/s/_____
William E. Hutchings, Jr.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      *
  FOR THE USE AND BENEFIT OF
  SYSKA HENNESSY GROUP     *
  CONSTRUCTION, INC.

                              *

v.                                Case No.: 1:06CV00486
                              *

GEORGE D. BLACK, SR., d.b.a. INFINITY
  INDIVIDUAL SURETY, et al.       *

                              *

## ORDER

      **UPON CONSIDERATION** of Defendant United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc. Motion Extend the Time Limit to Serve the Defendant George D. Black, Sr. with Process and Grant Leave to Serve Process by Alternative Means, and any opposition thereto, it is hereby

      **ORDERED** that the Motion be and is hereby ***GRANTED***; and it is further

      **ORDERED** that the time to serve George D. Black, Sr., d.b.a. Infinity Individual Surety is extend and Plaintiff has sixty days (60) from the date of this order to serve Mr. Black; and it is further

      **ORDERED** that service of process will be made on the date that the Summons, Civil Cover Sheet, Complaint, and Consent to proceed before United States Magistrate Judge is mailed via first class mail to 4360 Western Center Boulevard #1161, Fort Worth, Texas 76137-2043 address and 9005 S. Ada Street, Chicago, Illinois 60620.

8

**ENTERED** this _____ day of _____, 2006.


_____
Judge Richard W. Roberts
United States District Court for the District of Columbia

Copies to:

Jeffrey R. Schmieler, Esquire
Brian E. Hoffman, Esquire
William Hutchings, Jr., Esquire
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005