## SAUNDERS and SCHMIELER
### LAW OFFICES

8737 Colesville Road, Suite L-200
Silver Spring, Maryland 20910-3921
Telephone: (301) 588-7717    Facsimile: (301) 588-5073
Website: www.sslawfirm.com

D.C. OFFICE
SUITE 600
1050 17TH STREET
WASHINGTON, DC 20036
(202) 833-2999

BALTIMORE OFFICE
SUITE 2700
111 SOUTH CALVERT STREET
BALTIMORE, MD 21202
(410) 235-7558

ARLINGTON OFFICE
SUITE 700
2111 WILSON BOULEVARD
ARLINGTON, VA 22201
(703) 243-1100

RICHMOND VIRGINIA OFFICE
SUITE 100
4900 CUTSHAW AVENUE
RICHMOND, VA 23230
(804) 353-9800

William E. Hutchings, Jr.*
(hutchingsw@sslawfirm.com)

*Admitted VA, DC

March 24, 2006

Mr. George D. Black, Sr.
d/b/a Infinity Individual Surety
9005 S. Ada Street
Chicago, Illinois 60620
as Owner of Infinity Individual Surety

Re: *United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc. v. George D. Black, Sr. d.b.a. Infinity Individual Surety*

### NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Columbia and has been assigned the docket number 1:06cv00486.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within **30 days** after the date designated below as the date on which this Notice is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you have been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, on this **24th day** of **March, 2006**.

William E. Hutchings, Jr. Esquire

# SAUNDERS and SCHMIELER
## LAW OFFICES

8737 Colesville Road, Suite L-200
Silver Spring, Maryland 20910-3921
Telephone: (301) 588-7717   Facsimile: (301) 588-5073
Website: www.sslawfirm.com

D.C. OFFICE
SUITE 600
1050 17TH STREET
WASHINGTON, DC 20036
(202) 833-2999

ARLINGTON OFFICE
SUITE 700
2111 WILSON BOULEVARD
ARLINGTON, VA 22201
(703) 243-1100

BALTIMORE OFFICE
SUITE 2700
111 SOUTH CALVERT STREET
BALTIMORE, MD 21202
(410) 235-7558

RICHMOND VIRGINIA OFFICE
SUITE 100
4900 CUTSHAW AVENUE
RICHMOND, VA 23230
(804) 353-9800

William E. Hutchings, Jr.*
(hutchingsw@sslawfirm.com)

*Admitted VA, DC

March 24, 2006

Carmen Shippey, President
IITS, LLC
1090 Vermont Avenue, N.W., Suite 800
Washington, DC 20005
as President of IITS, LLC

Re:   United States of America for the Use and Benefit of
       Syska Hennessy Group Construction, Inc. v. IITS, LLC

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the District of Columbia and has been assigned the docket number 1:06cv00486.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within **30 days** after the date designated below as the date on which this Notice is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you have been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, on this **24th day** of **March, 2006.**

William E. Hutchings, Jr. Esquire