**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   4-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mr George ~~~
d/b/a: J
9005 S. 1
Chicago,

INFI005      606202045 1105 24 03/31/06
NOTIFY SENDER OF NEW ADDRESS
:INFINITY INDIVIDUAL SURETY
4360 WESTERN CENTER BLVD #1161
FORT WORTH TX 76137-2043

2. Article Number
   (Transfer from service label)      7005 1820 0001 7472 0831

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 2