UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  FOR THE USE AND BENEFIT OF<br>  SYSKA HENNESSY GROUP<br>  CONSTRUCTION, INC. | * <br><br> * <br><br> * |
| v. | Case No.: 1:06CV00486 |
| | * |
| GEORGE D. BLACK, SR., d.b.a. INFINITY<br>  INDIVIDUAL SURETY, et al. | * |

### AFFIDAVIT OF WILLIAM E. HUTCHINGS, JR. ESQUIRE

I, William E. Hutchings, Jr. Esquire, hereby certify under penalty of perjury, that:

1.   I am the attorney of record for the plaintiff in the above action.

2.   A copy of the complaint with a letter giving notice of the lawsuit and requesting waiver of service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure was mailed to Defendant George D. Balck, Sr. on March 24, 2006 by certified mail at 2005 S. Ada Street, Chicago, Illinois 60620.

3.   On April 17, 2006, Mr. Black signed the green return receipt.

4.   The green return receipt received from United States Postal Service showed that the March 24, 2006 letter was forward to 4360 Western Center Boulevard #1161, Fort Worth, Texas 76137-2043

5.   On April 27, 2006, I contacted Mr. Black by telephone to discuss the potential for settling this matter and to obtain his correct address. During this telephone conversation, Mr. Black confirmed that the correct address for him was 9005 S. Ada Street, Chicago, Illinois 60620 and stated that the letter should not have been forwarded to Texas.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

EXHIBIT 3

6. On or about June 16, 2006, my firm was contacted by Doug Green who identified himself as an attorney and solo practitioner from Texas but did not disclose who he represented in this matter. He asked to speak to one of the attorneys representing Syska Hennessy Group Construction, Inc. in this litigation; however, none of the attorneys were present in the office at the time. His telephone number contained a Texas area code.

7. I attempted on two occasions to return Mr. Green's call. On each occasion he was told Mr. Green was not in the office and left a voice mail message indicating that I was returning Mr. Green's call and requested that Mr. Green call him back. Mr. Green did not make any further contact with Saunders & Schmieler, P.C.

_____
William E. Hutchings, Jr., Esquire

Subscribed and sworn to before me on the **12th** day of **July, 2006.**

_____
Notary Public

My commission expires: 05/01/07

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
.VER SPRING, MD 20910

AREA CODE 301
588-7717