# S&S
## SAUNDERS and SCHMIELER
### LAW OFFICES

8737 Colesville Road, Suite L-200
Silver Spring, Maryland 20910-3921
Telephone: (301) 588-7717   Facsimile: (301) 588-5073
Website: www.sslawfirm.com

**D.C. OFFICE**
SUITE 600
1050 17TH STREET
WASHINGTON, DC 20036
(202) 833-2999

**ARLINGTON OFFICE**
SUITE 700
2111 WILSON BOULEVARD
ARLINGTON, VA 22201
(703) 243-1100

**BALTIMORE OFFICE**
SUITE 2700
111 SOUTH CALVERT STREET
BALTIMORE, MD 21202
(410) 235-7558

**RICHMOND VIRGINIA OFFICE**
SUITE 100
4900 CUTSHAW AVENUE
RICHMOND, VA 23230
(804) 353-9800

William E. Hutchings, Jr.*
(hutchingsw@sslawfirm.com)

*Admitted VA, DC

April 11, 2006

Clerk,
**United States District Court for
the District of Columbia**
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: <u>USA for the Use and Benefit of Syska Hennessy Group, Inc. v. George D. Black, Sr. d.b.a. Infinity Individual Surety, et al.</u>
Case No: 06-0486
Our File No.: SY002-001

Dear Sir or Madam Clerk:

Please let this letter serve as a request for Summons to be issued for George D. Black, Sr. Accordingly, I have enclosed a copy of the following:

1. Summons for George D. Black, Sr. (2 copies);
2. Civil Cover Sheet;
3. Complaint; and
4. Consent to Proceed Before a United States Magistrate Judge.

If you should have any questions, comments or concerns, please do not hesitate to contact the undersigned in that regard. Thanking you, I am

Very truly yours,

William E. Hutchings, Jr.

WEH:msm
enclosures

EXHIBIT 4