IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
SYSKA HENNESSY
Plaintiff

v.                                                        Case No. 1:06CV00486

GEORGE D BLACK SR.D/B/A
INDIVIDUAL SURETY

Defendant

### DECLARATION OF DUE AND DILIGENT SEARCH AFFIDAVIT

1. I, Adam H. Parker after due and diligent effort, have been unable to affect service on George D. Black SR with the following documents: Summons, Civil Cover Sheet, Complaint and Consent to proceed before a United States Magistrate Judge for all purposes.

2. That on or about May 20 2006 at 9005 S Ada Street Chicago, IL 60620 an attempt was made to serve the defendant. Information was obtained from the current tenant that Mr. Black did not live at the address.

3. That on or about June 7, 2006 a possible address of 1807 Highland Trail, St. Cloud MN 56301 was located by skip-trace for the defendant.

4. That on or about June 15, 2006 the current tenant for the address listed above informed the process server that no one by the name of George D. Black resided there.

5. That on or about July 7, 2006 a possible third address was obtained for the defendant by skip-trace of 1130 Silverwood Drive #106 Arlington, TX 76006. The

EXHIBIT 5

process server was informed by the current tenant, who is believed to be the defendant's son, George D. Black, Jr, that the defendant moved from that address in 2002 and that he did not know the defendant's current address.

6. That as the date of this affidavit no further information could be obtain regarding the defendant's whereabouts.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do further affirm I am a competent person over eighteen (18) years of age and not a party to this matter.

Signature _____        Date: 7-11-06

Adam H. Parker
P.O. Box 2396
Columbia, MD 21045
800.228.0484

Subscribed and sworn before me this 11th day of July, 2006

_____
Notary Public

My Comm. exp. July 11, 2009