UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC.<br><br>v.<br><br>GEORGE D. BLACK, SR., d.b.a. INFINITY<br>  INDIVIDUAL SURETY, et al. | *<br><br>*<br><br>*<br>*<br>      Case No.: 1:06CV00486<br>*<br><br>* |

### REQUEST TO CLERK FOR DEFAULT JUDGMENT

To:   Clerk

Plaintiff requests that judgment be entered in the amount of $89,543.00 with interest and costs against Defendant IITS, LLC in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedures. In support of this request for the entry of default, the facts contained in the attached Affidavit of William E. Hutchings, Jr. are incorporated by reference.

In the alternative, Plaintiff requests that a hearing for *ex parte* proof of damages be scheduled.

Respectfully submitted,

***SAUNDERS & SCHMIELER, P.C.***

   /s/
_____
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
William Hutchings, Jr. #485638
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Request for Entry of Default and Judgment and supporting affidavit was sent, postage pre-paid, first class mail, this **17th** day of **July, 2006,** to the following:

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

_____/s/_____
William E. Hutchings, Jr.