UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC.<br><br>v.<br><br>GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al. | *<br>*<br>*<br>*<br>Case No.: 1:06CV00486<br>*<br>* |

### AFFIDAVIT OF WILLIAM E. HUTCHINGS, JR. ESQUIRE

I, William E. Hutchings, Jr. Esquire, hereby certify under penalty of perjury, that:

1.   I am the attorney of record for the plaintiff in the above action.

2.   A copy of the complaint with a letter giving notice of the lawsuit and requesting waiver of service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure was mailed to Defendant IITS on March 24, 2006.

3.   On May 26, 2006, Defendant IITS executed the waiver of service and the waiver was filed with this Court.

4.   Defendant IITS has not answered or otherwise appeared in this action, and the time within which the defendant may appear has expired.

5.   There is now a justly due and owing to the plaintiff in the amount of $89,543.00 plus interest and costs.

_____
William E. Hutchings, Jr., Esquire

Subscribed and sworn to before me on the 7th day of June, 2006.

_____
Notary Public

My commission expires: 05/01/07

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717