**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SYSKA HENNESSY GROUP CONSTRUCTION, INC., et al.,** ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | Civil Action No. 06-486 (RWR) |
| **GEORGE D. BLACK, et al.,** ) ) | |
| **Defendant.** ) ) | |

## ORDER TO SHOW CAUSE

On April 28, 2006, defendant I.I.T.S., LLC waived service of process and its answer was due on May 26, 2006. On June 21, 2006, the clerk entered default against I.I.T.S., LLC. On July 17, 2006, plaintiff requested entry of default judgment. Accordingly, it is hereby

**ORDERED** that defendant I.I.T.S., LLC shall show cause in writing by September 1, 2006, why default judgment should not be entered against I.I.T.S., LLC.

SIGNED this 2nd day of August, 2006.

```
        /s/
RICHARD W. ROBERTS
United States District Judge
```