UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       \*
   FOR THE USE AND BENEFIT OF
   SYSKA HENNESSY GROUP       \*
   CONSTRUCTION, INC.

                                 \*

v.                             **Case No.: 1:06CV00486**
                                 \*

GEORGE D. BLACK, SR., d.b.a. INFINITY
   INDIVIDUAL SURETY, et al.         \*

## AFFIDAVIT OF SERVICE BY MAIL

      I, William E. Hutchings, Jr., Esquire, the undersigned hereby certifies that service

of process was executed upon **George D. Black, Sr., d.b.a. Infinity Individual Surety**

on the ***11th* *day of August, 2006***, at **both 9005 S. Ada Street, Chicago, IL 60620 and**

**4360 Western Center Boulevard, #1161, Fort Worth, TX 76137-2043** , by delivering a

copy of the Writ of Summons; Complaint; Certificate Under LCvR 7.1; Waiver of Service

of Summon as to Defendant George D. Black, Sr., Waiver of Service of Process as to

Defendant IITS, LLC; Consent to Proceed Before a US Magistrate Judge, Notice of

Lawsuit and Request for Waiver of Service as to Defendant George D. Black, Sr. and

Defendant IITS, LLC; Notice of Service of Process and Waiver of Process as to

Defendant IITS, LLC, Request to Clerk to Enter Default and Judgment as to Defendant

IITS, LLC; Docket Activity Report of June 20-21, 2006 Entry of Default Corrected;

Plaintiff's Expedited Motion for Extension of Time Limit to Serve the Defendant George

D. Black, Sr. and Leave to Serve Defendant George D. Black by Alternative Means;

Request to Clerk for Default Judgment as to Defendant IITS, Inc.; Order to Show Cause

why Judgment should not be Entered against Defendant IITS, Inc.; and Minute Order

LAW OFFICES
UNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

*granting* Extension of Time to Serve by Other Means upon George D. Black, Sr., pursuant to the Court's Order of August 9, 2006, via First Class Mail, to **George D. Black, Sr., d/b/a Infinity Individual Surety.** The undersigned certifies he is not a party to this action and is presently over the age of eighteen (18) years.

**I HEREBY CERTIFY,** under penalties of perjury that the aforegoing assertions are true and correct to the best of my knowledge, information and belief.

_____
William E. Hutchings, Jr.

STATE OF _Maryland_ _____ *ss:*

COUNTY OF _Montgomery_ _____

Signed and sworn to before me this ___11th___ day of ___August___, 2006.

_____
**Notary Public**

My commission expires: 05/01/07

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
ILVER SPRING, MD 20910

—

AREA CODE 301
588-7717

2

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Request for Entry of Default and Judgment and supporting affidavit was sent, postage pre-paid, first class mail, this **11th** day of **August, 2006,** to the following:

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Mr. George D. Black, Sr.
4360 Western Center Boulevard, #1161
Fort Worth, TX 76137-2043


Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

William E. Hutchings, Jr.

LAW OFFICES
JNDERS & SCHMIELER, P.C.
3737 COLESVILLE ROAD
SUITE L-201
ILVER SPRING, MD 20910

AREA CODE 301
588-7717