UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>  **FOR THE USE AND BENEFIT OF**<br>  **SYSKA HENNESSY GROUP**<br>  **CONSTRUCTION, INC.** | *<br><br>* | |
| | * | |
| v. | | Case No.: 1:06CV00486 |
| | * | |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY**<br>  **INDIVIDUAL SURETY, et al.** | * | |
| | * | |

## REQUEST TO CLERK TO ENTER DEFAULT AND JUDGMENT

To:   Clerk

Defendant George D. Black, Sr. having failed to answer or otherwise appear in the above-entitled action, and the time for appearance having expired, you are requested to enter its default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Further, you are requested to enter judgment in the amount of $89,543.00 with interest and costs. In support of this request for the entry of default, the facts contained in the attached Affidavit of William E. Hutchings, Jr. are incorporated by reference.

Respectfully submitted,

***SAUNDERS & SCHMIELER, P.C.***

_____/s/_____
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
William Hutchings, Jr. #485638
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Request for Entry of Default and Judgment and supporting affidavit was sent, postage pre-paid, first class mail, this **22nd** day of **September, 2006,** to the following:

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Douglas Greene, Esquire
600 Texas Street
Fort Worth, TX 76102

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

                                                   /s/
                                     William E. Hutchings, Jr.