UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA　　　　　　　\*
　FOR THE USE AND BENEFIT OF
　SYSKA HENNESSY GROUP　　　　　　　 \*
　CONSTRUCTION, INC.

　　　　　　　　　　　　　　　　　　　　　　　　　 \*

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:06CV00486
　　　　　　　　　　　　　　　　　　　　　　　　　 \*

GEORGE D. BLACK, SR., d.b.a. INFINITY
　INDIVIDUAL SURETY, et al.　　　　　　　　 \*

### AFFIDAVIT OF WILLIAM E. HUTCHINGS, JR. ESQUIRE

I, William E. Hutchings, Jr. Esquire, hereby certify under penalty of perjury, that:

1.　I am the attorney of record for the plaintiff in the above action.

2.　On August 8, 2006, this Court granted Plaintiff's Motion for Extension of Time Limit to Serve the Defendant George D. Black, Sr. and Leave to Serve Defendant George D. Black by Alternative Means, which allowed Plaintiff to serve Process via first class mail.

3.　On August 11, 2006, Plaintiff served Process on the Defendant George D. Black, Sr. by first class mail and sent all Pleadings filed in this matter. See Exhibit A.

4.　Defendant IITS has not answered or otherwise appeared in this action, and the time within which the defendant may appear has expired.

5.　There is now a justly due and owing to the plaintiff in the amount of $89,543.00 plus interest and costs.

LAW OFFICES
UNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

_____
William E. Hutchings, Jr., Esquire

Subscribed and sworn to before me on the **22nd** day of **August, 2006**.

_____
Notary Public

My commission expires: <u>05/01/07</u>

LAW OFFICES
UNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717



# SAUNDERS and SCHMIELER
## LAW OFFICES

8737 Colesville Road, Suite L-200
Silver Spring, Maryland 20910-3921
Telephone: (301) 588-7717   Facsimile: (301) 588-5073
Website: www.sslawfirm.com

**D.C. OFFICE**
SUITE 600
1050 17TH STREET
WASHINGTON, D.C. 20036
(202) 833-2999

**ARLINGTON OFFICE**
SUITE 700
2111 WILSON BOULEVARD
ARLINGTON, VA 22201
(703) 243-1100

**BALTIMORE OFFICE**
SUITE 2700
111 SOUTH CALVERT STREET
BALTIMORE, MARYLAND 21202
(410) 235-7558

**RICHMOND VIRGINIA OFFICE**
SUITE 100
4900 CUTSHAW AVENUE
RICHMOND, VIRGINIA 23230
(804) 353-9800

William E. Hutchings, Jr.*
(hutchingsw@sslawfirm.com)

*Admitted VA

August 11, 2006

(Via First Class Mail)

Mr. George D. Black, Sr.
d/b/a Infinity Individual Surety
9005 S. Ada Street
Chicago, IL 60620

Mr. George D. Black, Sr.
d/b/a Infinity Individual Surety
4360 Western Center Boulevard, #1161
Fort Worth, TX 76137-2043

Re:   *United States of America F/U/A Syska Hennessy vs. George D. Black, Sr.*
      Our File No.: SY002-001

Dear Mr. Black:

In connection with the above-noted matter, enclosed please find the following:

- Summons and Complaint, To: Defendant George D. Black, Sr. d/b/a Infinity Individual Surety;
- Certificate Under LcvR 7.1;
- Waiver of Service of Summons as to Defendant George D. Black Sr. d/b/a Infinity Individual Surety;
- Waiver of Service of Summons as to Defendant IITS, LLC;
- Complaint;
- Consent to Proceed Before A US Magistrate Judge for All Purposes;
- Notice of Lawsuit and Request for Waiver of Service of Summons as to Defendant George D. Black, Sr.;
- Notice of Lawsuit and Request for Waiver of Service of Summons as to Defendant IITS, LLC;
- Notice of Service of Process and Waiver of Service as to Defendant IITS, LLC.;
- Request to Clerk to Enter Default and Judgement as to Defendant IITS, LLC;
- Docket Activity Report of June 20 - 21, 2006 Entry of Default; Corrected Entry;

EXHIBIT A

Mr. George D. Black, Sr.
August 11, 2006
Page 2 of 2

- Plaintiff's Expedited Motion for Extension of Time Limit to Serve the Defendant George D. Black, Sr., and Leave to Serve Defendant George D. Black By Alternative Means;
- Request to Clerk for Default Judgment at to Defendant IITS, Inc.; and
- Order to Show Cause why Judgement should not be entered against Defendant IITS, Inc.

By leave of the Court, you are being served via First Class Mail. The date of this letter represents the date of service.

We urgently suggest that you give this matter your immediate and preferred attention.

Very truly yours,

William E. Hutchings, Jr.
WEH/cjw
enclosures