UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>  **FOR THE USE AND BENEFIT OF**<br>**SYSKA HENNESSY GROUP**<br>**CONSTRUCTION, INC.** | *<br><br>*<br> | |
| v. | *<br>*<br> | Case No.: 1:06CV00486 |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY**<br>  **INDIVIDUAL SURETY, et al.** | *<br><br>* | |

### REQUEST TO CLERK TO STRIKE AND ENTER APPEARANCE OF COUNSEL

Dear Clerk:

Please strike the appearance of **William E. Hutchings, Jr.;** enter the appearance of **Brian E. Hoffman;** and please continue the appearance of **Jeffrey R. Schmieler**, and the Firm of **Saunders and Schmieler, P.C.** on behalf of the **Plaintiff**, SYSKA HENNESSEY GROUP CONSTRUCTION, INC.

Respectfully submitted,

_____/s/_____
**JEFFREY R. SCHMIELER, #035964**
**BRIAN E. HOFFMAN, 473860**
*SAUNDERS & SCHMIELER, P.C.*
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Request to Strike and Entry of Appearance of Counsel was mailed this **9th** day of **November, 2006**, first class mail, postage prepaid, to:

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Douglas Greene, Esquire
600 Texas Street
Fort Worth, TX 76102

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

_____/s/_____
**BRIAN E. HOFFMAN**