UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
SYSKA HENNESSY GROUP           )
CONSTRUCTION, INC., et al.,    )
                               )
     Plaintiffs,               )    Civil Action No. 06-486 (RWR)
                               )
          v.                   )
                               )
GEORGE D. BLACK, et al.,       )
                               )
     Defendants.               )
_____)
```

**ORDER**

Plaintiff Syska Hennessy Group Construction, Inc., sued and served defendant I.I.T.S., LLC seeking the sum certain of $89,543.00. I.I.T.S., LLC failed to answer and the Clerk entered default. On August 2, 2006, I.I.T.S., LLC was ordered to show cause in writing by September 1, 2006, why the default judgment sought by plaintiff should not be entered against I.I.T.S., LLC. I.I.T.S., LLC has not responded to the show cause Order. Accordingly, it is hereby

ORDERED that the Clerk enter judgment in the amount of $89,543.00 and costs against defendant I.I.T.S., LLC.

SIGNED this 14th day of November, 2006.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge