Civil Judgment (Rev. 7/95)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SYSKA HENNESSY GROUP CONSTRUCTION,
INC., et al
    Plaintiff

v.                                     Civil Action No. 06-486

GEORGE D. BLACK, et al.
    Defendant

FILED

NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT
### FOR THE PLAINTIFF

Pursuant to the Court's Order of November 14, 2006, directing the Clerk to enter judgment for the plaintiff and against the defendants, now therefore, pursuant to the direction of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered by default in favor of the plaintiff SYSKA HENNESSY GROUP CONSTRUCTION, INC., et al and against the defendant I.I.T.S., LLC in the amount of $89,543.00 plus costs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: 11/15/06

By: _____
Tim Bradley, Deputy Clerk