UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC.<br><br>v.<br><br>GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al. | *<br><br>*<br><br>*<br>*<br>*<br>*<br>*    Case No.: 1:06CV00486 |

**SECOND REQUEST TO CLERK TO ENTER DEFAULT AND JUDGMENT**

To:   Clerk

**COMES NOW**, the Plaintiff, and files this Second Request for Default Order and Judgment against Defendant George D. Black, Sr., d.b.a Infinity Individual Surety. The Plaintiff had previously filed a similar Request for Default, along with supporting affidavits and Exhibits, on 9/22/06, which is incorporated by reference herein. Whereas over two months have passed since making its first Request, the Plaintiff respectfully prays that the Clerk expedite the entry of default judgment.

Defendant George D. Black, Sr. d.b.a Infinity Individual Surety, having failed to answer or otherwise appear in the above-entitled action, and the time for appearance having expired, you are requested to enter its default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Further, you are requested to enter judgment in the amount of $89,543.00 with interest and costs. In support of this request for the entry of default, the facts contained in the Affidavit of William E. Hutchings, Jr., attached to the Plaintiff's previous

Request for Default filed on 9/22/06 are incorporated by reference.

                                              Respectfully submitted,

                                              ***SAUNDERS & SCHMIELER, P.C.***

                                                    /s/
                                              Jeffrey R. Schmieler, #035964
                                              Brian E. Hoffman, #473860
                                              8737 Colesville Road, Suite L-201
                                              Silver Spring, Maryland 20910
                                              (301) 588-7717
                                              (301) 588-5073
                                              ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Second Request for Entry of Default and Judgment and supporting Affidavit was sent, postage pre-paid, first class mail, this **28th** day of **November, 2006,** to the following:

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Douglas Greene, Esquire
600 Texas Street
Fort Worth, TX 76102

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

                                                               /s/
                                          Brian E. Hoffman