UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC. | *<br><br>* | |
| | * | |
| v. | | Case No.: 1:06CV00486 |
| | * | |
| GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al. | *<br><br>* | |

### MOTION FOR ISSUANCE OF ORDER DIRECTING DEFENDANT IITS TO APPEAR FOR ORAL EXAMINATION DUCES TECUM IN AID OF ENFORCEMENT OF JUDGMENT
_____

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC. *("Syska")*** by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, Sup. Ct. R. Civ. Prod. 69-I(b), and D.C. Code §§ 16-521(b) and 16-552(b) and moves that this Honorable Court enter an Order directing that one or more officers of Defendant I.I.T.S. LLC appear for oral examination in aid of enforcement of judgment, and that said officers produce at said proceeding the papers and documentation requested herein, and in support thereof further states:

1.   The Plaintiff recorded a judgment against Defendant I.I.T.S. LLC in the United States District Court for the District of Columbia on November 15, 2006.

2. No payments have been received and no previous examination has been held.

3. Federal Rule of Civil Procedure 69(a) holds that the proceedings supplementary to and in aid of a judgment and execution of judgments shall be in accordance with the practice and procedure of the state in which the district court is held, and further, that in aid of the judgment or execution, the judgment creditor may obtain discovery from any person, including the judgment debtor, in the manner provided in the Federal Rules or in the manner provided by the practice of the state in which the district court is held.

4. Sup. Ct. R. Civ. Prod. 69-I(a) states that the judgment creditor may note the oral examination of the judgment debtor *without Court order*. However, Sup. Ct. R. Civ. Prod. 69-I(b) requires that leave of the Court be obtained if the deponent is asked to produce papers, records, or other documentation at the oral examination.

5. In addition, a conflict exists between the Rules of the Superior Court for the District of Columbia and the operation of the United States District Court for the District of Columbia, insofar as the State law permits the Plaintiff to note the oral examination at the Courthouse, to be presided over by a judge, without clearing a date with the Court, whereas in District Court, a courtroom and judge will not be available without first scheduling the proceeding.

6. The Plaintiff requests that the Court grant leave for the Plaintiff to propound a Notice of Deposition Duces Tecum In Aid of Enforcement of Judgment to Defendant I.I.T.S. LLC containing a listing of documents to be produced at said proceeding, and that said proceeding take place in the offices of Plaintiff's counsel at 8737 Colesville

Road, Suite L-201, Silver Spring, Maryland 20910, on a date selected by the Plaintiff and that the oath be administered by a court reporter at the Plaintiff's expense.

6. In the alternative, the Plaintiff requests that the Court summon the Defendant by its officers to appear for oral examination in the courthouse, on a date certain, and in a courtroom, and to produce the documents requested herein. The last known address of the Defendant is: Mr. Felippe Wright, President, I.I.T.S., L.L.C., 1090 Vermont Avenue, N.W., Washington, D.C. 20005.

7. **The Plaintiff has attached two alternative proposed Orders hereto.**

8. The Plaintiff seeks leave of the Court to direct the Defendant's officer to produce the following documentation at the examination, or in the alternative, requests that the Defendant's officer be ordered to produce the following documentation at the examination:

   a. Statements for all bank accounts, brokerage accounts, savings accounts, investment accounts, or any other asset account of any kind maintained by defendant I.I.T.S., LLC from January 1, 2000 to the present;

   b. Copies of all contracts under which defendant I.I.T.S., LLC is presently performing work or is owed money;

   c. All records of accounts receivable owned by defendant I.I.T.S., LLC;

   d. A copy of the Articles of Incorporation, Articles of Organization, partnership agreement, corporate charter, bylaws, operating agreement, or any other document which relates to the formation and management of I.I.T.S., LLC, and all amendments thereto;

   e. A copy of any and all profit and loss statements, balance sheets, and cash

        flow statements for I.I.T.S., LLC from the year of its formation to the present;

f. Copies of all agreements such as rental, financing or lease agreements, between I.I.T.S., LLC and any other party from its creation until the present;

g. Copies of any documents pertaining to any loans made to I.I.T.S., LLC

h. Any documents which identify the individuals who have held any employment with I.I.T.S., LLC at any time;

i. A copy of all federal and state tax returns for each and every year in existence filed on behalf of I.I.T.S., LLC, or which report income earned based upon the activities of I.I.T.S., LLC.

j. A copy of all insurance certificates issued by any insurance agency, brokerage or insurer for projects on which I.I.T.S., LLC was employed as a contractor, subcontractor, or sub-subcontractor from January 2003 to the present and continuing.

k. A copy of all requisitions, bills, or invoices for payment issued by I.I.T.S., LLC to any third party for work performed on any construction project from January 2003 to the present and continuing.

l. All currency, un-deposited checks, checks held for delivery to third parties, bonds, stock certificates, records of mutual funds, and records of other investment accounts in the name of I.I.T.S., LLC.

m. An itemization and all documentation identifying all inventory, personal property, chattel, items, goods, objects, appliances, and equipment owned or possessed by Defendant I.I.T.S., LLC.

n. All deeds, contracts of sale, plats, and other documentation of any and all real

property owned by I.I.T.S., LLC, or in which it has any proprietary or possessory interest.

Respectfully submitted,

***SAUNDERS & SCHMIELER, P.C.***

_____/s/_____
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Request for Order of Oral Examination, postage pre-paid, first class mail, this **28th** day of **November, 2006,** to the following:

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Douglas Greene, Esquire
600 Texas Street
Fort Worth, TX 76102

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

                                                            /s/
                                             Brian E. Hoffman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SYSKA HENNESSY GROUP CONSTRUCTION, INC.** * * * | |
| v. * | Case No.: 1:06CV00486 |
| * | |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY INDIVIDUAL SURETY, et al.** * | |
| * | |

## ORDER

**UPON CONSIDERATION** of Defendant United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc.'s Motion For Issuance of Order Directing Defendant I.I.T.S., LLC to Appear for Oral Examination Duces Tecum in Aid of Enforcement of Judgment, and any opposition thereto, it is hereby

**ORDERED** that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED** that the Plaintiff is granted leave to note the oral examination of the Defendant I.I.T.S., LLC and to propound a Notice of Deposition Duces Tecum In Aid of Enforcement of Judgment to Defendant I.I.T.S. LLC, that the Defendant shall produce at said proceeding the documents listed below, and that said proceeding shall take place in the offices of Plaintiff's counsel at 8737 Colesville Road, Suite L-201, Silver Spring, Maryland 20910, on a date selected by the Plaintiff, and that the oath be administered by a court reporter at the Plaintiff's expense.

    a.    Statements for all bank accounts, brokerage accounts, savings accounts,

      investment accounts, or any other asset account of any kind maintained by defendant I.I.T.S., LLC from January 1, 2000 to the present;

b. Copies of all contracts under which defendant I.I.T.S., LLC is presently performing work or is owed money;

c. All records of accounts receivable owned by defendant I.I.T.S., LLC;

d. A copy of the Articles of Incorporation, Articles of Organization, partnership agreement, corporate charter, bylaws, operating agreement, or any other document which relates to the formation and management of I.I.T.S., LLC, and all amendments thereto;

e. A copy of any and all profit and loss statements, balance sheets, and cash flow statements for I.I.T.S., LLC from the year of its formation to the present;

f. Copies of all agreements such as rental, financing or lease agreements, between I.I.T.S., LLC and any other party from its creation until the present;

g. Copies of any documents pertaining to any loans made to I.I.T.S., LLC

h. Any documents which identify the individuals who have held any employment with I.I.T.S., LLC at any time;

i. A copy of all federal and state tax returns for each and every year in existence filed on behalf of I.I.T.S., LLC, or which report income earned based upon the activities of I.I.T.S., LLC.

j. A copy of all insurance certificates issued by any insurance agency, brokerage or insurer for projects on which I.I.T.S., LLC was employed as a contractor, subcontractor, or sub-subcontractor from January 2003 to the present and continuing.

k.   A copy of all requisitions, bills, or invoices for payment issued by I.I.T.S., LLC to any third party for work performed on any construction project from January 2003 to the present and continuing.

l.   All currency, un-deposited checks, checks held for delivery to third parties, bonds, stock certificates, records of mutual funds, and records of other investment accounts in the name of I.I.T.S., LLC.

m.   An itemization and all documentation identifying all inventory, personal property, chattel, items, goods, objects, appliances, and equipment owned or possessed by Defendant I.I.T.S., LLC.

n.   All deeds, contracts of sale, plats, and other documentation of any and all real property owned by I.I.T.S., LLC, or in which it has any proprietary or possessory interest.

**ENTERED** this _____ day of _____, 2006.

_____
Judge Richard W. Roberts
United States District Court for the District of Columbia

Copies to:

Jeffrey R. Schmieler, Esquire
Brian E. Hoffman, Esquire
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.

Washington, D.C. 20005

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     * <br>   **FOR THE USE AND BENEFIT OF** <br>   **SYSKA HENNESSY GROUP**     * <br>   **CONSTRUCTION, INC.** <br><br>                                           * <br> **v.**                                           **Case No.: 1:06CV00486** <br>                                           * <br> **GEORGE D. BLACK, SR., d.b.a. INFINITY** <br>   **INDIVIDUAL SURETY, et al.**     * <br><br>                                           * | |

## <u>ORDER</u>

**UPON CONSIDERATION** of Defendant United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc.'s Motion For Issuance of Order Directing Defendant I.I.T.S., LLC to Appear for Oral Examination Duces Tecum in Aid of Enforcement of Judgment, and any opposition thereto, it is hereby

**ORDERED** that the Motion be and is hereby ***GRANTED***; and it is further

**ORDERED** that the Defendant I.I.T.S., LLC, by its officers, is summoned and subpoenaed to appear in person before this Court, on the 8th day of January, 2007, at 11:00 a.m. to be examined under oath concerning any assets, property, or credits of the Defendant, and that the Defendant shall produce the below documents at said examination:

    a.    Statements for all bank accounts, brokerage accounts, savings accounts, investment accounts, or any other asset account of any kind maintained by defendant I.I.T.S., LLC from January 1, 2000 to the present;

b.  Copies of all contracts under which defendant I.I.T.S., LLC is presently performing work or is owed money;

c.  All records of accounts receivable owned by defendant I.I.T.S., LLC;

d.  A copy of the Articles of Incorporation, Articles of Organization, partnership agreement, corporate charter, bylaws, operating agreement, or any other document which relates to the formation and management of I.I.T.S., LLC, and all amendments thereto;

e.  A copy of any and all profit and loss statements, balance sheets, and cash flow statements for I.I.T.S., LLC from the year of its formation to the present;

f.  Copies of all agreements such as rental, financing or lease agreements, between I.I.T.S., LLC and any other party from its creation until the present;

g.  Copies of any documents pertaining to any loans made to I.I.T.S., LLC

h.  Any documents which identify the individuals who have held any employment with I.I.T.S., LLC at any time;

i.  A copy of all federal and state tax returns for each and every year in existence filed on behalf of I.I.T.S., LLC, or which report income earned based upon the activities of I.I.T.S., LLC.

j.  A copy of all insurance certificates issued by any insurance agency, brokerage or insurer for projects on which I.I.T.S., LLC was employed as a contractor, subcontractor, or sub-subcontractor from January 2003 to the present and continuing.

k.  A copy of all requisitions, bills, or invoices for payment issued by I.I.T.S., LLC to any third party for work performed on any construction project from January

2003 to the present and continuing.

l. All currency, un-deposited checks, checks held for delivery to third parties, bonds, stock certificates, records of mutual funds, and records of other investment accounts in the name of I.I.T.S., LLC.

m. An itemization and all documentation identifying all inventory, personal property, chattel, items, goods, objects, appliances, and equipment owned or possessed by Defendant I.I.T.S., LLC.

n. All deeds, contracts of sale, plats, and other documentation of any and all real property owned by I.I.T.S., LLC, or in which it has any proprietary or possessory interest.

**ENTERED** this _____ day of _____, 2006.

_____
Judge Richard W. Roberts
United States District Court for the District of Columbia

Copies to:

Jeffrey R. Schmieler, Esquire
Brian E. Hoffman, Esquire
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910

Mr. George D. Black, Sr.
9005 S. Ada Street
Chicago, Illinois 60620

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005