## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYSKA HENNESSY GROUP CONSTRUCTION, INC. (*United States of America for the use and benefit of*) § § § § § § § § § § § § §  v.  GEORGE D. BLACK, SR *doing business as*  INFINITY INDIVIDUAL SURETY  and  I.I.T.S., LLC | 06-486 (RWR)  CASE NUMBER   ~~1:06CV0046-RWR~~  **RECEIVED**  DEC 1 2 2006  NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### DEFENDANT'S MOTION TO VACATE JUDGMENT

COMES NOW, the defendant, George D. Black, doing business as Infinity Individual Surety and files this motion to Vacate any judgment awarded against him pursuant to Fed. Rules of Civil Pro. 60 for the following reasons:

1. In late September of 2006, defendant received formal notice of the complaint filed in the above captioned matter.

2. On September 27, 2006, the defendant acting pro se spoke to Janice Francis of the U.S. District Clerk's office in Washington, D.C. and inquired about the procedure for filing an answer in the above matter.

3. On that very date, defendant completed and mailed an answer and counter claim to the above complaint to the address represented to be the proper mailing address.

4. Several weeks elapsed when I received a notice from an attorney friend of mine, that apparently my response and counter claim had never been received by the court or filed by the clerk.

5. After receiving this notification, I immediately re-sent my answer and counterclaim Federal Express to the address of this court.

6. Based on my understanding from a quick review of the docket in this matter, the plaintiff is obtaining or has obtained a default judgment in the above matter because of my perceived failure to respond to this matter, which has necessitated my need to file this motion to vacate any judgment that has been issued in this case.

7. Based on the above inadvertent circumstances/ mistakes, I would respectfully request that this motion be granted pursuant to the mandates of Federal Rules of Civil Procedure 60, due to inadvertence, excusable neglect, and/or the above good faith reasons which would hopefully justify this odd situation.

WHEREFORE, the defendant asks the court to grant defendant's pro se motion to vacate.

Respectfully submitted

George D. Black
*Dba* Infinity Individual Surety
Pro Se Defendant
2000 E. Lamar Blvd #600
Arlington, TX. 76006
(817)847-4567
(817)847-5767 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion has been delivered by facsimile to William Hutchings, Jr. attorney for Plaintiff, Syska Hennessy Group Construction, Inc., on this the <u>8th</u> day of December, 2006.

_____
George D. Black