UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SYSKA HENNESSY GROUP CONSTRUCTION, INC.** (*United States of America for the use and benefit of*) | § § § § § | |
| v. | § | **CASE NUMBER**   1:06CV0046-RWR |
| **GEORGE D. BLACK, SR** *doing business as* | § § § | |
| **INFINITY INDIVIDUAL SURETY** | § | |

and

**I.I.T.S., LLC**

*Handwritten: 06-486(RWR)*

## ORDER

CONSIDERING defendant **GEORGE D. BLACK dba , INFINITY INDIVIDUAL SURETY** Motion to Vacate judgment,

IT IS HEREBY ORDERED the motion be **GRANTED/DENIED.**

SIGNED this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE