UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC. | * <br><br>* | |
| v. | * <br><br>* | Case No.: 1:06CV00486 |
| GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al. | * <br><br>* | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**
_____

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC. *("Syska")*** by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and pursuant to Rule 15 of the Federal Rules of Civil Procedure and LCvR 7(i), moves that this Honorable Court enter an Order granting the Plaintiff leave to file the attached Amended Complaint, and in support thereof further states:

1. The Plaintiff has recently learned the identity of an additional Defendant to this matter.

2. The Plaintiff moves for leave to amend the Complaint to add a Defendant to this matter, and to add a count specific to this Defendant.

3. No scheduling order has been issued in this matter, and no prejudice exists.

4. The Plaintiff respectfully refers the Court to the following Memorandum of

Points and Authorities in Support of its Motion for Leave to Amend Complaint.

Wherefore, the Plaintiff prays that this Court will grant its Motion for Leave to Amend Complaint, which is attached hereto.

Respectfully submitted,

***SAUNDERS & SCHMIELER, P.C.***

_____/s/_____
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
**Counsel for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SYSKA HENNESSY GROUP CONSTRUCTION, INC.** | * * * | |
| **v.** | * * | Case No.: 1:06CV00486 |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY INDIVIDUAL SURETY, et al.** | * * | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**
_____

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC. ("Syska")** by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and pursuant to Rule 15 of the Federal Rules of Civil Procedure and LCvR 7(i), moves that this Honorable Court enter an Order granting the Plaintiff leave to file the attached Amended Complaint, and in support thereof further states:

1. Rule 15(a) holds that leave to amend shall be freely granted when justice requires.

2. The Complaint has not been amended to date.

3. No scheduling order has been issued in this matter to date and no party is prejudiced by the proposed Amended Complaint.

4. The Defendant to be added to this matter, L. Clifford Davis, has already agreed to execute a Rule 4(d) Waiver of Service.

5. This action is predicated upon a Breach of Contract and Action for Payment Bond under the Miller Act, 40 U.S.C. § 3133(b) et seq. On September 30, 2004, Defendant IITS entered into a contract with the United State Department of Agriculture for the Test Evaluation Room Renovation Project for the USDA, Project # APHIS-04-055 ("the Project"), located in the District of Columbia. The Project involved the renovation of the Evaluation Room in the USDA South Building 7, Sublevel Room 0722, Washington, D.C. In order to secure its payment obligations on the Project, and as required by the Miller Act, IITS supplied a payment bond for the Project, Bond No.: 50-32KW-055, issued by Defendant George D. Black, Sr. d.b.a. Infinity Individual Surety. On November 23, 2004, Defendant IITS entered into a subcontract with the Plaintiff for the Plaintiff to perform certain work associated with the Project. The Plaintiff fully performed under the subcontract. To date, the Plaintiff has not received any payment for its performance of the Subcontract nor for any work on the Project.

6. As stated above, the Plaintiff was never paid for its work on the Project, neither by its contractor Defendant IITS, or by its surety, Defendant Black d.b.a. Infinity Individual Surety.

7. The Plaintiff has recently received a sealed and certified copy of the USDA's contract file for this Project from the Secretary of Agriculture. This file discloses that the IITS's payment bond, issued by Defendant Black, was secured by real property owned by Defendant L. Clifford Davis, whom the Plaintiff now seeks to add as a Defendant to this action.

8. In addition to owning the collateral for the payment bond, Defendant Davis executed a "Lien on Real Estate" in which he grants the Plaintiff a priority lien on certain real property as security for the payment bond. This lien also grants the Plaintiff express authority to sell the property in the event that Defendant IITS or Defendants Black or Davis fail to satisfy their payment obligations to the Plaintiff.

9. In addition, the lien, as well as an Affidavit of Individual Surety, identifies Defendant Davis as the Surety for the payment bond at issue.

10. Whereas all Defendants have indeed defaulted on their payment obligations to the Plaintiff, the lien on the property owned by Defendant Davis is now actionable.

11. Wherefore, the Plaintiff prays that this Honorable Court will grant it leave to file the attached Amended Complaint which adds L. Clifford Davis as a Defendant in this matter.

Respectfully submitted,

*SAUNDERS & SCHMIELER, P.C.*

_____/s/_____
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Motion for Leave to File Amended Complaint, was mailed, postage pre-paid, via first class mail, this **21st** day of **December, 2006,** to the following:


Mr. George D. Black, Sr.
2000 East Lamar Blvd.
#600
Arlington , TX 76006

Douglas Greene, Esquire
600 Texas Street
Fort Worth, TX 76102

Mr. Alan Smith
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

Mark G. Garrett, Esquire
Attorney-Advisor
United States Department of Agriculture
Office of the General Counsel - General Law Division
1400 Independence Ave., S.W.
Room 3311, South Building
Washington, D.C.  20250-1415


                                                            /s/
                                         Brian E. Hoffman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     * <br> **FOR THE USE AND BENEFIT OF** <br> **SYSKA HENNESSY GROUP**     * <br> **CONSTRUCTION, INC.** <br>     * <br> **v.**     * <br> **GEORGE D. BLACK, SR., d.b.a. INFINITY** <br> **INDIVIDUAL SURETY, et al.**     * | Case No.: 1:06CV00486 |

## ORDER

**UPON CONSIDERATION** of Defendant United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc.'s Motion For Leave to File Amended Complaint, and any opposition thereto, it is hereby

**ORDERED** that the Motion be and is hereby **GRANTED**, and it is further

**ORDERED** that the Amended Complaint is deemed filed on the below date.

**ENTERED** this _____ day of _____, 200\_\_\_.

_____
Judge Richard W. Roberts
United States District Court for the District of Columbia

Copies to:

Jeffrey R. Schmieler, Esquire
Brian E. Hoffman, Esquire
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910

Mr. George D. Black, Sr.
2000 East Lamar Blvd.
#600
Arlington , TX 76006

Douglas Greene, Esquire
600 Texas Street
Fort Worth, TX 76102

Mr. Alan Smith
President
I.I.T.S., L.L.C.
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

Mark G. Garrett, Esquire
Attorney-Advisor
United States Department of Agriculture
Office of the General Counsel - General Law Division
1400 Independence Ave., S.W.
Room 3311, South Building
Washington, D.C.  20250-1415