# AFFIDAVIT OF INDIVIDUAL SURETY

(See instructions on reverse)

OMB No.: 9000-0001

**STATE OF** Texas

**COUNTY OF** Tarrant  SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

**1. NAME** (First, Middle, Last) (Type or Print)
L. Clifford Davis

**2. HOME ADDRESS** (Number, Street, City, State, ZIP Code)
600 Texas Street
Fort Worth, Texas 76102

**3. TYPE AND DURATION OF OCCUPATION**
Retired Judge

**4. NAME AND ADDRESS OF EMPLOYER** (If Self-employed, so State)
Self Employed

**5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED** (If any)
(Number, Street, City, State, ZIP Code)
Infinity Individual Surety
9005 Ada, Chicago Illinois 60628

**6. TELEPHONE NUMBER**
HOME - (817) 451-5486
BUSINESS - (817) 429-5321

**7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:**

(a) Real estate (Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)

Lot 26 Block 2 Loch N Green Addition to the City of Arlington Tarrant County, Texas.

(b) Assets other than real estate (Describe the assets, the details of the escrow account, and attach certified evidence thereof).

**8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.**

**9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.**

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

**10. SIGNATURE**
[signature]

**11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES** (If appropriate)
APHIS-04-055

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

**a. DATE OATH ADMINISTERED**
MONTH  DAY  YEAR
Jan.   21   2005

**b. CITY AND STATE** (Or other jurisdiction)
Fort Worth, Texas

**c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH**
Kimberly A. Mueller Notary

**d. SIGNATURE**
Kimberly A. Mueller

**e. MY COMMISSION EXPIRES**
8/9/08

KIMBERLY A. MUELLER
MY COMMISSION EXPIRES
AUGUST 9, 2008

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM
Prescribed by GSA-FAR

EXHIBIT 1