**Infinity Individual Surety**
9005 S. Ada
Chicago, Illinois 60620
773-779-9626

January 20, 2005

USDA, APHIS, MRPBS, ESB
4700 River Road, Unit 115 (3D39)
Riverdale, Maryland 20737

RE: Intelligent Information Technology Solutions, LLC
1090 Vermont Ave. NW #600
Washington DC 20005

**Lien on Real Estate**

I agree that this instrument constitutes a lien in the amount of $93,000.00 the property located at Lot 26, Block 2 Loch N Green Addition to the City of Arlington Tarrant County, Texas. The rights of the United States Government shall take precedence over any subsequent lien of encumbrance until the lien is formally released by a duly authorized representative of the United States. I hereby grant the United States the power of sale of subject property, including legal fees associated with any sale of subject property, in the event of contractor default if I otherwise fail to satisfy the underlying payment, bond obligations as Individual Surety in solicitation/contract number APHIS-04-055. The lien is upon the real estate now owned by me described as follows:
Lot 26, Block 2 Loch N Green Addition to the city of Arlington Tarrant County, Texas Attest:

_____(Seal) _____ (Seal)

I, Kimberly A. Mueller, a Notary Public in and for the City of Fort Worth, Texas, do hereby certify that a L. Clifford Davis is a party or parties to a certain Agreement bearing the date January 21, 2005, and hereunto annexed, personally appeared before me, the said L. Clifford Davis being personally well known to me at the person who executed said lien, and acknowledged the same to be his act and deed. Given under my hand and seal this 21st day of January, 2005

Kimberly A. Mueller

KIMBERLY A. MUELLER
MY COMMISSION EXPIRES
AUGUST 9, 2008

Sincerely,
Infinity Individual Surety

George D. Black
CEO/President



EXHIBIT 2