**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. SYSKA HENNESSY GROUP CONSTRUCTION, INC.,** | |
| Plaintiff, | |
| v. | 06-CV-486 (TFH) |
| **GEORGE D. BLACK, et al.,** | |
| Defendants. | |

**ORDER SCHEDULING A CONFERENCE**

The above-referenced case was reassigned to this Judge on December 29, 2006. Accordingly, all parties shall appear for a scheduling conference on **Friday, April 6, 2007 at 11:00 a.m. in Courtroom 25A**, which is located in the new annex to the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001. The scheduling conference will be held for the purposes specified in Fed. R. Civ. P. 26(f).

The Court expects professionalism, courtesy and civility to govern the parties' conduct at all times during these proceedings. Given counsels' competence and experience, the Court is confident that this objective will be accomplished without judicial intervention.

Any request for an extension or enlargement of time, as well as any request to reschedule a proceeding, shall be by motion addressed to the Court. Requests to reschedule a proceeding shall identify alternate dates agreed to by all parties.

The parties are reminded that all documents must be filed by electronic means in compliance with LCvR 5.4, which addresses cases assigned to the Case Management/

Electronic Case Management Filing System ("CM/ECF").  Parties may obtain a CM/ECF password from the Clerk of the Court.

**SO ORDERED.**


March 6, 2007                                             /s/
                                                  Thomas F. Hogan
                                                    Chief Judge