**APPROVED**

**ORIGINAL**

## AFFIDAVIT OF INDIVIDUAL SURETY
(See instructions on reverse)

OMB No.: 9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

**STATE OF**

Texas

**COUNTY OF**      SS.

Tarrant

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print) | 2. HOME ADDRESS (Number, Street, City, State, ZIP Code) |
|---|---|
| L. Clifford Davis | 600 Texas Street<br>Fort Worth, Texas 76102 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State) |
|---|---|
| Retired Judge | Self Employed |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (If any) (Number, Street, City, State, ZIP Code) | 6. TELEPHONE NUMBER |
|---|---|
| Infinity Individual Surety<br>9005 Ada, Chicago Illinois 60628 | HOME - (817)451-5486<br>BUSINESS - (817) 429-5821 |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) Real estate (Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value appraisals, also provide a current appraisal.)

Lot 26 Block 2 Loch N Green Addition to the City of Arlington Tarrant County, Texas.

(b) Assets other than real estate (Describe the assets; the details of the escrow account, and attach certified evidence thereof.)

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (When appropriate) |
|---|---|
| *[signature]* | APHIS-04-055 |

| 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS: | |
|---|---|
| a. DATE OATH ADMINISTERED | b. CITY AND STATE (Or other jurisdiction) |
| MONTH: Jan.   DAY: 21   YEAR: 2005 | FortWorTh, Texas |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type or print) | d. SIGNATURE | e. MY COMMISSION EXPIRES |
| Kimberly A. Mueller Notary | *[signature]* Kimberly A. Mueller | 8/9/08 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FO
Prescribed by GSA-F

KIMBERLY A. MUELLER
MY COMMISSION EXPIRES
AUGUST 9, 2008

**EXHIBIT 1**