UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
SYSCA HENNESSEY GROUP
CONSTRUCTION, INC.

v.                                                  Case No.: 06 CV 00486
                                                    Judge Hogan
GEORGE D. BLACK, Sr. dba
INFINITY INDIVIDUAL SURETY

and

IITS, LLC

and

L. CLIFTON DAVIS

## MOTION TO ENTER THE APPEARANCE OF
## DOUGLAS GREENE, PRO HAC VICE

Comes now, Kenneth D. Bynum, of Bynum and Jenkins, PLLC, and moves this court for an order permitted the admission of Douglas Greene, Esquire, as counsel for Defendants George Black, dba Infinity Individual Surety and Clifford Davis in the above styled case. As grounds for the motion, counsel stats as follows:

1. Mr. Greene is a member of the bar of the State of Texas and has appeared successfully before numerous federal courts in the last twenty years.

2. Defendants Black and Davis are citizens of the State of Texas where Mr. Greene lives and maintains a law practice and they are familiar with him.

3. I am a member of the bar of this court and have known Mr., Greene for over twenty six years and can attest to his competence as an attorney before the bar.

4. Mr. Greene has not made any appearances before this court this year.

5. The Plaintiff has no objection to Mr. Greene's appearance in this matter.

WHEREFORE, premises considered, the court should grant the motion and permit Mr. Greene to appear in this matter, *pro hac vice*.

                                            Respectfully submitted,
                                            Kenneth D. Bynum

/s/_____
Kenneth D. Bynum
DC Bar No.: 424515
Bynum and Jenkins, PLLC
901 North Pitt Street, Suite 320
Alexandria, VA 22314
(703)549-7211
(703) 549-7701 FAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I SERVED BY First class mail, postage prepaid, and by fax, the Motion to Enter the Appearance of Douglas Greene, *Pro Hac Vice*, for Defendants Black and Davis this 19th Day of April 2007 to: Brian E. Hoffman, Saunders and Schmeimer, PC, 8737 Colesville Road, Suite L-201, Silver Spring, Maryland.

                                            /s/_____
                                            Kenneth D. Bynum