UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
SYSCA HENNESSEY GROUP
CONSTRUCTION, INC.

v.                                                          Case No.: 06 CV 00486
                                                            Judge Hogan

GEORGE D. BLACK, Sr. dba
INFINITY INDIVIDUAL SURETY

and

IITS, LLC

and

L. CLIFTON DAVIS

## SUPPLEMENTAL MOTION TO ENTER THE APPEARANCE OF DOUGLAS GREENE, PRO HAC VICE

Comes now, Douglas C. Greene of the Greene Law Firm, and moves this court for an order permitted his admission to this court Pro Hac Vice, as counsel for Defendants George Black, dba Infinity Individual Surety and Clifford Davis in the above styled case. As grounds for the motion, and pursuant to Local Rule 83.2 (d), counsel states as follows:

1.  My full name is Douglas Charles Greene. My office address is 2000 East Lamar Boulevard, Suite 600, Arlington, Texas 76006.

2.  I am a member of the State Bars for the States of Texas and Pennsylvania, and a member of the United States District Court for the Northern and Eastern

        Districts of Texas, The Southern District of Florida, The Eastern District of

        Pennsylvania and the Western District of Kentucky.

3.    I have never been disciplined by the bar.

4.    I have never appeared in a matter before this court.

5.    I do not maintain an office in the District of Columbia.

                            Respectfully submitted,
                            Douglas C. Greene

/s/_____
Douglas C. Greene
(703)549-7211
(703) 549-7701 FAX

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT I SERVED BY First class mail, postage prepaid, and by fax, the Motion to Enter the Appearance of Douglas Greene, *Pro Hac Vice*, for Defendants Black and Davis this 19th Day of April 2007 to: Brian E. Hoffman, Saunders and Schmeimer, PC, 8737 Colesville Road, Suite L-201, Silver Spring, Maryland.

                            /s/_____
                            Douglas C. Greene