UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSCA HENNESSEY GROUP<br>CONSTRUCTION, INC.<br><br>v.<br><br>GEORGE D. BLACK, Sr. dba<br>INFINITY INDIVIDUAL SURETY<br><br>and<br><br>IITS, LLC<br><br>and<br><br>L. CLIFTON DAVIS | Case No.: 06 CV 00486<br>Judge Hogan |

## ENTRY OF APPEARANCE

The Clerk is directed to enter the appearance of Kenneth D. Bynum, Bynum and Jenkins, PLLC, as local counsel for George D. Black, *dba* Infinity Individual Surety and L. Clifford Davis.

/s/_____
Kenneth D. Bynum

Kenneth D. Bynum
DC Bar No.: 424515
Bynum and Jenkins, PLLC
901 North Pitt Street, Suite 320
Alexandria, VA 22314
(703)549-7211
(703) 549-7701 FAX

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT I SERVED BY First class mail, postage prepaid, and by fax, the Entry of Appearance as local counsel for Defendants Black and Davis this 19th Day of April 2007 to: Brian E. Hoffman, Saunders and Schmeimer, PC, 8737 Colesville Road, Suite L-201, Silver Spring, Maryland.

/s/_____
Kenneth D. Bynum