UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 24 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA <u>ex rel.</u>
SYSKA HENNESSY GROUP
CONSTRUCTION, INC.,

        Plaintiff,

v.

GEORGE D. BLACK, <u>et al.</u>,

        Defendants.

06-CV-486 (TFH)

## ORDER

Pending before the Court is Syska Hennessy Group Construction, Inc.'s ("the plaintiff's") Motion for Issuance of Order Directing Defendant IITS to Appear for Oral Examination Duces Tecum In Aid of Enforcement of Judgment, to which no opposition was timely filed by I.I.T.S. LLC ("the defendant"). Accordingly, it hereby is

**ORDERED** that the Motion is **GRANTED**; and it further is

**ORDERED** that the defendant, I.I.T.S., LLC, by its officers, shall appear in person before this Court, on a date to be determined by Magistrate Judge Alan Kay in consultation with the parties,[1] to be examined under oath concerning any assets, property, or credits of the defendant, and that the defendant shall produce the below documents at the examination:

    a.    Statements for all bank accounts, brokerage accounts, savings accounts, investment accounts, or any other asset account of any kind maintained by

---

[1] The parties should contact the chambers of Magistrate Judge Alan Kay to schedule a date for the deposition.

I.I.T.S., LLC from January 1, 2000 to the present;

b. Copies of all contracts under which I.I.T.S., LLC presently is performing work or is owed money;

c. All records of accounts receivable owned by I.I.T.S., LLC;

d. A copy of the Articles of Incorporation, Articles of Organization, partnership agreement, corporate charter, bylaws, operating agreement, or any other document that relates to the formation and management of I.I.T.S., LLC, and all amendments thereto;

e. A copy of any and all profit and loss statements, balance sheets, and cash flow statements for I.I.T.S., LLC from the year of its formation to the present;

f. Copies of all agreements, such as rental, financing or lease agreements, between I.I.T.S., LLC and any other party from its creation until the present;

g. Copies of any documents pertaining to any loans made to I.I.T.S., LLC;

h. Any documents that identify the individuals who have held any employment with I.I.T.S., LLC at any time;

i. A copy of all federal and state tax returns for each and every year in existence filed on behalf of I.I.T.S., LLC, or that report income earned based on the activities of I.I.T.S., LLC;

j. A copy of all insurance certificates issued by any insurance agency, brokerage or insurer for projects on which I.I.T.S., LLC was employed as a contractor, subcontractor, or sub-subcontractor from January 2003 to the present and continuing;

k.    A copy of all requisitions, bills, or invoices for payment issued by I.I.T.S., LLC to any third party for work performed on any construction project from January 2003 to the present and continuing.

l.    All currency, un-deposited checks, checks held for delivery to third parties, bonds, stock certificates, records of mutual funds, and records of other investment accounts in the name of I.I.T.S., LLC;

m.    An itemization and all documentation identifying all inventory, personal property, chattel, items, goods, objects, appliances, and equipment owned or possessed by I.I.T.S., LLC; and

n.    All deeds, contracts of sale, plats, and other documentation of any and all real property owned by I.I.T.S., LLC, or in which it has any proprietary or possessory interest.

**SO ORDERED.**

April 23, 2007

_____
Thomas F. Hogan
Chief Judge

3