UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC. | * <br> * <br> * | |
| v. | * <br> * | Case No.: 1:06CV00486 |
| GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al. | * <br> * <br> * | |

**JOINT LCvR 16.3 AND RULE 26(f) MEET AND CONFER STATEMENT**
_____

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC. ("Syska")** by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and the Defendants **GEORGE BLACK d/b/a INFINITY INDIVIDUAL SURETY** and **CLIFFORD DAVIS**, by and through their attorneys *Kenneth D. Bynum* and *Douglas Greene*, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and LCvR 16.3 and file this Meet and Confer Statement, and in support thereof further states:

1.   No motions are presently pending.

2.   Defendant Davis will file an Answer no later than May 4, 2007 in accordance with the Court's instruction.

3.   This matter can be resolved by Summary Judgment and the Plaintiff intends to file a motion for Summary Judgment after minimal written discovery, and well before the dispositive motion deadline proposed in the attached proposed scheduling order, as it appears undisputed that the Defendants never paid the Plaintiff the liquidated amount claimed by the Plaintiff.

4. The parties request that the Court dispense with Initial Disclosures required by Rule 26(a)(1) for the instant case and that the Scheduling Order so reflect.

5. The parties do not consent to the assignment of this matter to a Magistrate Judge for all purposes. The parties consent to assignment of this matter to a Magistrate Judge for discovery, settlement, status, case management, and discovery dispute purposes only.

6. The parties do not believe that this case will benefit from early ADR or an early settlement conference.

7. The parties do believe that there is a realistic possibility of settlement, and would be in favor of a settlement conference or mediation prior to the close of discovery.

8. The parties have commenced settlement discussions and intend to continue such dialogue in good faith.

9. The parties presently do not anticipate that any party will designate expert witnesses for this matter, therefore, Rule 26(a)(2) should not apply. However, dates for expert discovery are nevertheless provided in the attached proposed scheduling order to alleviate a need for a future revision.

10. The parties do not consider this matter to be a complex case, and therefore do not recommend that bifurcation would facilitate the management of this case.

11. The parties pray that the Court enter the attached Proposed Scheduling Order.

Respectfully submitted,

**SAUNDERS & SCHMIELER, P.C.**

 /s/ Brian E. Hoffman_____
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify, that a copy of the foregoing Joint Meet and Confer Statement, postage pre-paid, first class mail, this **4th** day of **May, 2007,** to the following:

Kenneth D. Bynum, Esquire
901 N. Pitt Street, Suite 320
Alexandria, VA 22314

Douglas Greene, Esquire
600 Texas Street
Fort Worth, TX 76102

/s/ Brian E. Hoffman
Brian E. Hoffman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SYSKA HENNESSY GROUP CONSTRUCTION, INC.** | * <br> * <br> * |
| v. | Case No.: 1:06CV00486 |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY INDIVIDUAL SURETY, et al.** | * <br> * |

**SCHEDULING ORDER**
_____

**UPON CONSIDERATION** of the Joint Meet and Confer Statement filed by the parties, it is hereby

**ORDERED** that this matter proceed in accordance with the below dates and deadlines:

| | |
|---|---|
| Amendment of Pleadings/Add Parties | July 1, 2007 |
| Plaintiff Identify Experts | July 1, 2007 |
| Status Conference (Telephonic) | July 12, 2007; 9:30 A.M. |
| Defendants Identify Experts | August 1, 2007 |
| Plaintiff Identify Rebuttal Experts | September 1, 2007 |
| Discovery Closes | October 1, 2007 |
| Dispositive Motions Due | November 1, 2007 |
| Dispositive Motions Decided | December 1, 2007 |
| Pre-Trial Conference | January 15, 2008 |
| Trial Commences | February 18, 2008 |

**ENTERED** this _____ day of _____, 2007.

_____
Judge Thomas F. Hogan
United States District Court for the District of Columbia

Copies to:

Jeffrey R. Schmieler, Esquire
Brian E. Hoffman, Esquire
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910

Kenneth D. Bynum, Esquire
901 N. Pitt Street, Suite 320
Alexandria, VA 22314

Douglas Greene, Esquire
600 Texas Street
Fort Worth, TX 76102