UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA ex rel.
SYSKA HENNESSY GROUP
CONSTRUCTION, INC.,

        Plaintiff,

  v.

GEORGE D. BLACK, et al.,

        Defendants.

06-CV-486 (TFH)

## SCHEDULING ORDER

Upon consideration of the matters discussed during the scheduling conference that took place in open court on April 20, 2007, and the parties' Joint LCvR 16.3 and Rule 26(f) Meet and Confer Statement, it hereby is **ORDERED** that:

1. This case shall be referred to Magistrate Judge John M. Facciola for all pretrial discovery and settlement proceedings only.

2. The parties agree to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

3. This case shall proceed according to the following schedule:

    Amended pleadings shall be due on or before July 2, 2007.

    The plaintiff shall disclose the identity of its expert witnesses, if applicable, on or before July 2, 2007.

    The defendants shall disclose the identity of its expert witnesses, if applicable, on or before August 1, 2007.

    The plaintiff shall disclose the identity of its rebuttal expert witnesses, if applicable, on or before September 3, 2007.

       Discovery shall conclude on or before October 1, 2007.

4. The parties shall appear by teleconference on October 4, 2007, at 11:00 a.m., for a status conference and to set a schedule for the filing of responses to dispositive motions, which the parties agree shall be due on or before November 1, 2007.

5. Pretrial conferences and a trial date will be scheduled after resolution of any dispositive motions.

6. Pursuant to LCvR 16.1(b) and LCvR 7(m), any request to continue a court date shall be by motion after conferring with all parties. Any motion requesting a continuance shall propose alternative dates mutually agreed to by all parties.

7. With the exception of deadlines for the conclusion of discovery, other deadlines ordered by the Court may be altered by mutual consent of the parties, in which case the parties shall file a Consent Notice identifying the altered deadlines and indicating the parties' consent. The altered deadlines shall be effective upon the filing of the Consent Notice without the need for a court order.

8. The parties and their counsel are expected to evaluate their respective cases for settlement purposes and may request that a settlement conference be scheduled before the Magistrate Judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court promptly by filing a stipulation.

**SO ORDERED.**

May 17, 2007                                                         /s/
                                                               Thomas F. Hogan
                                                                  Chief Judge