UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC.,<br><br>    Plaintiff<br><br>v.<br><br>GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al.<br><br>    Defendants | *<br>*<br>*<br>*<br>*<br>*   Case No.: 1:06CV00486<br>*<br>*<br>* |

### PLAINTIFF'S REQUEST FOR ISSUANCE OF SCHEDULING ORDER

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC. *("Syska")*** by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman and Saunders & Schmieler, P.C.* and, pursuant to the Federal Rules of Civil Procedure, requests that this Honorable Court issue a Scheduling Order in this matter and in support thereof further states:

1. Plaintiff's Complaint was filed on March 13, 2006.

2. Defendant, George D. Black Answered Plaintiff's Complaint on December 6, 2006.

3. Defendant, L. Clifford Davis Answered Plaintiff's Complaint on May 4, 2007.

4. On May 4, 2007, the Parties filed a Joint Meet and Confer Statement pursuant to Local Rule 16.3 and Rule 26(f) which included a proposed Scheduling Order.

     5.     The Plaintiff is anxious to commence discovery without further delay.

**WHEREFORE**, for the reasons stated above, Plaintiff requests that this Honorable Court enter the proposed Scheduling Order without further delay so that Plaintiff may begin conducting discovery in this matter.

                    Respectfully submitted,

                    /s/ Brian E. Hoffman
                    **JEFFREY R. SCHMIELER, #035964**
                    **BRIAN E. HOFFMAN, 473860**
                    *SAUNDERS & SCHMIELER, P.C.*
                    8737 Colesville Road, Suite L-201
                    Silver Spring, Maryland 20910
                    (301) 588-7717
                    **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Request for Issuance of Scheduling Order was mailed this **13th** day of **June, 2007**, first class mail, postage prepaid, to:

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103

    /s/ Brian E. Hoffman
**BRIAN E. HOFFMAN**