UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC.<br><br>v.<br><br>GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al. | *<br>*<br><br>*<br>Case No.: 1:06CV00486<br>*<br>*<br>* |

### REQUEST FOR WRIT OF EXECUTION, ATTACHMENT, AND GARNISHMENT

**COMES NOW** the Plaintiff and Judgment Creditor, the **UNITED STATES OF AMERICA for the use and benefit of SYSKA HENNESSY GROUP CONSTRUCTION, INC.** *("Syska")* by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, Sup. Ct. R. Civ. Prod. 69-I(b), and D.C. Code §§ 16-501 et. seq. and 16-541 et. seq. and respectfully requests that a Writ of Execution be issued, directing the Marshal to Levy upon the property of the Judgment Debtor, **I.I.T.S. LLC**, and further that a Writ of Attachment and Garnishment of any monies, accounts or credits in the name of **I.I.T.S. LLC**, be issued and in support thereof states as follows:

1. The Plaintiff recorded a judgment against Defendant I.I.T.S. LLC in the United States District Court for the District of Columbia on November 15, 2006 in the amount of $89,543.00 plus costs and post-judgment interest at the leal rate.

LAW OFFICES
UNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

2. No payments have been received in satisfaction of the judgment and no previous execution proceedings have taken place. All of said judgment is currently unpaid, due and owing.

3. Federal Rule of Civil Procedure 69(a) holds that process to enforce a judgment for the payment of money shall be a writ of execution and that the proceedings supplementary to and in aid of a judgment and execution of judgments shall be in accordance with the practice and procedure of the state in which the district court is held.

4. Sup. Ct. R. Civ. Prod. 69(a) holds that process to enforce a judgment for the payment of money shall be a writ of execution and that the proceedings on execution, in proceedings supplementary to and in aid of a judgment and execution of judgments shall be in accordance with the practice and procedure of the District of Columbia.

5. That this Request for Writ of Execution and Attachment is requested in an attempt to satisfy the aforementioned money judgment against the Judgment Debtor.

6. The last known business address of the Judgment Debtor is I.I.T.S., L.L.C., 1010 Vermont Avenue, Suite 612 N.W. Washington, D.C. 20005.

7. That the Marshal is requested to Levy upon the following property of the Judgment Debtor **I.I.T.S., L.L.C.**, 1010 Vermont Avenue, Suite 612 N.W. Washington, D.C. 20005, to remove from the premises and further to exclude others from access to, or use of :

    a. all electronic equipment, including but not limited to, televisions, VCR's, DVD players, stereos, radios, CD players, DVD's, CD's, electronic game systems, computers, telephones, printers, fax machines, copy machines, scanners, Xerox machines, hard drives, monitors, etc.

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

b.   all jewelry;

c.   all appliances;

d.   all wearing apparel;

e.   all books, banking and financial records;

f.   all office goods.

g.   all furnishings including desks, chairs, cabinets, decorations, paintings, chests, tables, etc.

h.   all cash, money and currency;

i.   all negotiable instruments and drafts;

j.   all tools, instruments and equipment;

k.   all automobiles in possession of the Judgment Debtor; and

l.   all of the Judgment Debtor's other personal property and chattel located at 1010 Vermont Avenue, Suite 612 N.W. Washington, D.C. 20005.

8.   That all monies, credits, accounts, and receivables of the Judgment Debtor be attached and garnished from the below banking and savings institutions.

9.   That the name and address of the Garnishees are as follows:

The Adams National Bank
1130 Connecticut Avenue, N.W.
Washington D.C. 20036
202-772-3600
Account Number: 295816307

Chevy Chase Bank
925 15th Street N.W.
Washington D.C. 20005
202-408-1657
Account Number: 166-430491-6

LAW OFFICES
JNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
ILVER SPRING, MD 20910

AREA CODE 301
588-7717

M&T Bank
555 12th Street, N.W.
Washington, D.C. 20005
202-347-6634
Account Number: 9840000765

10. Attached hereto are two proposed Writs of Attachment as well as a Writ of Execution, re-produced on forms suggested by the Court, for execution.

**WHEREFORE**, for the foregoing reasons, the Judgment Creditor, **UNITED STATES OF AMERICA for the use and benefit of SYSKA HENNESSY GROUP CONSTRUCTION, INC.**, respectfully requests that a Writ of Execution and Writ of Attachment and Garnishment be issued, directing the Marshal to Levy upon the aforementioned property of the Judgment Debtor and to Attach and Garnish the aforementioned bank accounts of the Judgment Debtor, **I.I.T.S. L.L.C.**

Respectfully submitted,

**SAUNDERS & SCHMIELER, P.C.**

/s/ Brian E. Hoffman
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
**Counsel for Plaintiff**

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Request for Writ of Execution, postage pre-paid, first class mail, this **29th** day of **June, 2007,** to the following:

Mr. Felippe Wright
President
I.I.T.S., L.L.C.
1010 Vermont Avenue, N.W.
Washington, D.C. 20005

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103

/s/ Brian E. Hoffman
**Brian E. Hoffman**

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

CO-901
Rev. 5/89

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     \*
FOR THE USE AND BENEFIT OF
SYSKA HENNESSY GROUP     \*
CONSTRUCTION, INC.
    \*

            Plaintiffs,
    \*

v.                                          Case No.: 1:06CV00486
    \*

GEORGE D. BLACK, SR., d.b.a. INFINITY
INDIVIDUAL SURETY, et al.     \*

            Defendants     \*

## WRIT OF ATTACHMENT ON JUDGEMENT
(Personal Property, Goods, Chattels)

**THE PRESIDENT OF THE UNITED STATES, TO THE MARSHAL FOR THE DISTRICT OF COLUMBIA:**

     You are hereby commanded to attach, seize, and take into your custody the personal property, goods and chattels of the defendant, <u>I.I.T.S., L.L.C</u> which shall be found in this District.

     The judgement against the defendant was entered <u>November 15, 2006</u>, in the amount of <u>$89,543.00</u> Dollars, with interest at <u>post-judgment legal rate</u> _____% per annum, and <u>$250.00</u> for costs and charges which may accrue.

     You are to attach the same and safely keep it, subject to the orders of the Court, unless the defendant or the person in whose possession the property is attached delivers to you an undertaking, to be approved by the Court with sufficient surety or sureties, to abide by and perform the judgment of the Court in relation to the said property, goods and chattels.

     You shall have the personal property, goods and chattels before the Court on or before the tenth day after the execution of this writ, that the personal property, goods or chattels may be condemned and an execution had, unless sufficient cause be shown to the contrary. If the personal property, goods or chattels attached are in the possession of any person other than the defendant, you shall notify such person of the seizure and

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

warn the person to appear before the Court to show cause why the personal property, goods or chattels should not be condemned and execution be had according to the law.

You must have this writ endorsed to show when and how you have executed it.

**WITNESS** The Honorable Chief Judge of the said Court, this _____ day of _____, **2007.**

Nancy M. Mayer-Whittington, Clerk


By _____
    **Deputy Clerk**


 /s/ Brian E. Hoffman
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
***Saunders & Schmieler, P.C.***
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
***Counsel for Plaintiff***

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

CO-901A
Rev. 7/90

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    *
FOR THE USE AND BENEFIT OF
SYSKA HENNESSY GROUP                        *
CONSTRUCTION, INC.
          Plaintiff,                   *

v.                                          *   Case No.: 1:06CV00486

GEORGE D. BLACK, SR., d.b.a. INFINITY       *
INDIVIDUAL SURETY, et al.
          Defendant                    *

### WRIT OF ATTACHMENT ON JUDGMENT
### OTHER THAN WAGES, SALARY AND COMMISSIONS

**To Garnishee:**

    The Adams National Bank
    1130 Connecticut Avenue, N.W.
    Washington D.C.  20036
    202-772-3600
    Account Number: 295816307;

    Chevy Chase Bank
    925 15th Street N.W.
    Washington D.C. 20005
    202-408-1657
    Account Number: 166-430491-6; and

    M&T Bank
    555 12th Street, N.W.
    Washington, D.C.  20005
    202-347-6634
    Account Number:  9840000765

    You are hereby notified that any money, property or credits other than wages, salary and commissions of Defendant **I.I.T.S., L.L.C** are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

The judgement against the defendant was entered <u>November 15, 2006</u>, in the amount of <u>$89,543.00</u> Dollars, with interest at <u>post-judgment legal rate</u> ____ % per annum, and $250.00 for costs and charges which may accrue, less credits of $ <u>-0-</u>.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

**WITNESS** The Honorable Chief Judge of the said Court, this ____ day of _____, **2007.**

Nancy M. Mayer-Whittington, Clerk

By _____
    Deputy Clerk

/s/ Brian E. Hoffman
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
**Saunders & Schmieler, P.C.**
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
**Counsel for Plaintiff**

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

## INTERROGATORIES IN ATTACHMENT NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].
The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s). If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued doesnot contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

ANSWER _____
_____
_____
_____

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any monies, accounts, cash, savings, checking, stocks, bonds, assets, goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

ANSWER _____
_____
_____
_____

    I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____    _____

LAW OFFICES
UNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

DC 11
Rev. 7/82

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT |
|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| | and |

in the United States District Court for the _____ District of
_____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

**This writ was received and executed.**

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|