## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC.,<br><br>**Plaintiff**<br><br>v.<br><br>GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al.<br><br>**Defendants** | *<br>*<br>*<br>*<br>*<br>**Case No.: 1:06CV00486**<br>*<br>*<br>* |

### PLAINTIFF'S REQUESTS FOR ADMISSIONS TO
### DEFENDANT L. CLIFFORD DAVIS

_____

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of SYSKA HENNESSY GROUP CONSTRUCTION, INC. ("Syska") by and through its attorneys Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C. pursuant to Federal Rule 36, and propounds the following request for admissions of facts and genuineness of documents upon Defendant L. Clifford Davis.

### INSTRUCTIONS AND DEFINITIONS

1.      Rule 36 of the Federal Rules of Civil Procedure provides that any party may serve upon any other party a written request for the admission, for purposes of a pending action only, of the truth of any matters within the scope of Rule 26 set forth in the request that relate to statements or opinions of fact or the application of law to fact, including the genuineness of any documents described in the request.

EXHIBIT ⟍2

2.     Pursuant to Rule 36 each matter of which an admission is requested shall be deemed admitted unless, within thirty (30) days after service of the request the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or by the party's attorney.  If an objection is made, the reasons therefor shall be stated.  The answer shall specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter.

3.     A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an answer or deny only a part of the matter of which an admission is requested, the party shall specify so much of it as is true and qualify or deny the remainder.

4.     An answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless the party states that the party has made reasonable inquiry of the information known or readily obtainable by the party is insufficient to enable the party to admit or deny.

5.     A party who considers that a matter of which an admission has been requested presents a genuine issue for trial may not, on that ground alone, object to the request; the party may, subject to the provisions of Rule 36, deny the matter or set forth reasons why the party cannot admit or deny it.

### Definitions

6.     "You" and "Your" shall mean and include Defendant L. Clifford Davis and any officer, employee, attorney, accountant, representative, or other agent thereof.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

7.    "Incident/occurrence" shall each relate to the incident as alleged in the Complaint.

8.    **"Project" shall mean the United States Department of Agriculture Test Evaluation Room Renovation Project for the USDA, South Building, Room 0722, Project/Contract # APHIS-04-055 and 50-32KW-055 located in the District of Columbia.**

## REQUESTS FOR ADMISSIONS

1.    That on January 21, 2005, IITS supplied a payment bond for the Project, Contract Numbers 50-32KW-055 and AHIS-04-055 issued by Defendant George D. Black, Sr. d.b.a. Infinity Individual Surety and Defendant L. Clifford Davis.

2.    That on January 21, 2005, IITS supplied a payment bond for the Project, Contract Numbers 50-32KW-055 and AHIS-04-055, issued by Defendant L. Clifford Davis.

3.    That you were a surety for the Project.

4.    That you were a surety for Defendant IITS for the Project.

5.    That on January 21, 2005, Defendant George D. Black, Sr. d.b.a. Infinity Individual Surety and Defendant L. Clifford Davis executed the Affidavit of Individual Surety, attached hereto and to the Amended Complaint as **Exhibit 1.**

6.    That on January 21, 2005, Defendant George D. Black, Sr. d.b.a. Infinity Individual Surety executed the Affidavit of Individual Surety, attached hereto and to the Amended Complaint as **Exhibit 1.**

7.    That on January 21, 2005, you executed the Affidavit of Individual Surety, attached hereto and to the Amended Complaint as **Exhibit 1.**

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

8.    That Exhibit 1 hereto is a genuine, authentic, and true photocopy of the Affidavit of Individual Surety for the Project.

9.    That you executed Exhibit 1.

10.   That you prepared Exhibit 1.

11.   That you typed Exhibit 1.

12.   That the signature appearing on Exhibit 1 is your signature.

13.   That the signature appearing on Exhibit 1 is Defendant George Black's signature.

14.   That you assisted in the preparation of Exhibit 1.

15.   That you reviewed Exhibit 1 at the time it was prepared.

16.   That you approved Exhibit 1 at the time it was prepared.

17.   That you authorized the preparation of Exhibit 1.

18.   That you authorized the submission of Exhibit 1 in connection with the Project.

19.   That the contents of Exhibit 1 are accurate.

20.   That the contents of Exhibit 1 are truthful.

21.   That the corporate seal appearing on Exhibit 1 is the corporate seal of Infinity Individual Surety.

22.   That Exhibit 1 pledged to the United States real property described as Lot 26, Block 2 Loch N. Green Addition in the city of Arlington, Tarrant County, Texas as assets in support of the payment bond for the Project.

23.   That Exhibit 1 pledged to the United States real property described as Lot 26, Block 2 Loch N. Green Addition in the city of Arlington, Tarrant County, Texas as assets, controlled by Defendant George D. Black, Sr. d.b.a. Infinity Individual

LAW OFFICES
UNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
ILVER SPRING, MD 20910

AREA CODE 301
588-7717

Surety, in support of the payment bond for the Project.

24.     That Exhibit 1 pledged to the United States real property described as Lot 26, Block 2 Loch N. Green Addition in the city of Arlington, Tarrant County, Texas as assets, controlled by Defendant George D. Black, Sr. d.b.a. Infinity Individual Surety and Defendant L. Clifford Davis in support of the payment bond for the Project.

25.     That Exhibit 1 pledged to the United States real property described as Lot 26, Block 2 Loch N. Green Addition in the city of Arlington, Tarrant County, Texas as assets, controlled by Defendant Clifford Davis, in support of the payment bond for the Project.

26.     That you admitted in Exhibit 1 that you are a surety for the payment bond for the Project.

27.     That as security for the payment bond for the Project, Defendant George D. Black, Sr. d.b.a. Infinity Individual Surety and Defendant Clifford Davis provided the United States Government with a lien in the amount of $93,000.00 on real estate described as Lot 26, Block 2 Loch N. Green Addition in the City of Arlington, Tarrant County, Texas.

28.     That as security for the payment bond for the Project L. Clifford Davis provided the United States Government with a lien in the amount of $93,000.00 on real estate described as Lot 26, Block 2 Loch N. Green Addition in the City of Arlington, Tarrant County, Texas.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

29. That Defendant George D. Black, Sr. d.b.a. Infinity Individual Surety and Defendant Clifford Davis executed the "Lien on Real Estate" attached hereto and to the Amended Complaint as **Exhibit 2**.

30. That you prepared Exhibit 2.

31. That you executed Exhibit 2.

32. That you signed Exhibit 2.

33. That you reviewed Exhibit 2 at the time it was executed.

34. That you authorized the execution of Exhibit 2.

35. That you approved the execution of Exhibit 2.

36. That you authorized the submission of Exhibit 2 in connection with the Project.

37. That your signature appears on Exhibit 2.

38. That Exhibit 2 is a genuine, authentic, and true photocopy of the original Lien on Real Estate.

39. That the contents of Exhibit 2 are accurate.

40. That the contents of Exhibit 2 are truthful.

41. That the corporate seal appearing on Exhibit 2 is the corporate seal of Infinity Individual Surety.

42. That you agreed in Exhibit 2 that Exhibit 2 "constitutes a lien in the amount of $93,000.00, the property located at Lot 26, Block 2 Loch N. Green Addition to the City of Arlington, Tarrant County, Texas."

43. That you agreed in Exhibit 2 that "the rights of the United States Government shall take precedence over any subsequent lien of encumbrance until the lien is

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

formally released by a duly authorized representative of the United States."

44.  That the lien has never been formally released by a duly authorized representative of the United States.

45.  That you agreed in Exhibit 2 to "grant the United States the power of sale of subject property, including legal fees associated with any sale of subject property, in the event of contractor default if I otherwise fail to satisfy the underlying payment bond obligations as Individual Surety in solicitation/contract number APHIS-04-055."

46.  That the contractor referenced in the previous Request and in Exhibit 2 is Defendant IITS.

47.  That IITS has defaulted as referenced above and in Exhibit 2.

48.  That you have failed to satisfy the underlying payment bond obligations as individual surety in contract number APHIS-04-055.

49.  That you have "failed to satisfy the underlying payment bond obligations as individual surety in contract number APHIS-04-055", as referenced in Exhibit 2.

50.  That you stated in Exhibit 2 that "the lien is upon the real estate now owned by me described as follows:  Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas."

51.  That at the time Exhibit 2 was executed you owned Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas.

52.  That you presently own Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas.

LAW OFFICES
UNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
ILVER SPRING, MD 20910

AREA CODE 301
588-7717

53. That you sold Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas.

54. That you sold Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas before Exhibit 2 was formally released by a duly authorized representative of the United States.

55. That you sold Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas after January 9, 2007.

56. That you are not in possession, custody, or control of any document indicating that Exhibit 2 has been formally released by a duly authorized representative of the United States.

57. That you are not in possession, custody, or control of any evidence, information, or witness indicating that Exhibit 2 has been formally released by a duly authorized representative of the United States.

58. That you are not aware of any evidence, information, or witness indicating that Exhibit 2 has been formally released by a duly authorized representative of the United States.

59. That Defendant IITS has never made any payment to the Plaintiff in connection with the Project.

60. That you are not in possession, custody, or control of any document indicating that Defendant IITS has made any payment to the Plaintiff in connection with the Project.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

61.   That you are not in possession, custody, or control of any evidence, information, or witness indicating that Defendant IITS has made any payment to the Plaintiff in connection with the Project.

62.   That you are not aware of any evidence, information, or witness indicating that Defendant IITS has made any payment to the Plaintiff in connection with the Project.

63.   That you owe the Plaintiff $89,543.00.

64.   That you owe the Plaintiff attorney fees for the prosecution of this action.

65.   That you owe the Plaintiff attorney fees in connection with the collection of the $89,543.00 debt.

66.   That you have not made any payment to the Plaintiff in connection with the Project.

67.   That the Plaintiff has been demanding that you make payment to the Plaintiff, in the amount of at least $89,543.00 since 2005.

68.   That the Plaintiff has been demanding that you make payment to the Plaintiff, in the amount of at least $89,543.00 since 2006.

69.   That you owe the Plaintiff court costs in connection with this action.

70.   That **Exhibit 3**, attached hereto, is the Payment Bond for the Project.

71.   That you stated on Exhibit 3 that Infinity Individual Surety is the surety for the Project.

72.   That you prepared Exhibit 3.

73.   That you executed Exhibit 3.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

74.    That you signed Exhibit 3.

75.    That you reviewed Exhibit 3 at the time it was executed.

76.    That you authorized the execution of Exhibit 3.

77.    That you approved the execution of Exhibit 3.

78.    That you authorized the submission of Exhibit 3 in connection with the Project.

79.    That your signature appears on Exhibit 3.

80.    That Exhibit 3 is a genuine, authentic, and true photocopy of the original Payment Bond.

81.    That the contents of Exhibit 3 are accurate.

82.    That the contents of Exhibit 3 are truthful.

83.    That the corporate seal appearing on Exhibit 3 is the corporate seal of Infinity Individual Surety.

84.    That Exhibit 3 is a Payment Bond containing a penal sum of $93,000.00.

85.    That you agreed in Exhibit 3 "We the. . . Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally.   However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.   For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety.   If no limit of liability is

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

indicated, the limit of liability is the full amount of the penal sum."

86. That **Exhibit 4**, attached hereto, is the Payment Bond for the Project.

87. That you stated on Exhibit 4 that Infinity Individual Surety is the surety for the Project.

88. That you prepared Exhibit 4.

89. That you executed Exhibit 4.

90. That you signed Exhibit 4.

91. That you reviewed Exhibit 4 at the time it was executed.

92. That you authorized the execution of Exhibit 4.

93. That you approved the execution of Exhibit 4.

94. That you authorized the submission of Exhibit 4 in connection with the Project.

95. That your signature appears on Exhibit 4.

96. That Exhibit 4 is a genuine, authentic, and true photocopy of the original Payment Bond.

97. That the contents of Exhibit 4 are accurate.

98. That the contents of Exhibit 4 are truthful.

99. That the corporate seal appearing on Exhibit 4 is the corporate seal of Infinity Individual Surety.

100. That Exhibit 4 is a Payment Bond containing a penal sum of $93,000.00.

102. That you agreed in Exhibit 4 "We the... Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors,

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
VER SPRING, MD 20910

AREA CODE 301
589-7717

administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum."

103.  That you owe the Plaintiff $93,000.00.

104.  That the Plaintiff fully and satisfactorily completed all of the work required in connection with the Project.

105.  That no Defendant has ever claimed that the Plaintiff has failed to perform in connection with the Project.

106.  That you are not in possession, custody or control of any documentation indicating that the Plaintiff failed to perform in connection with the Project.

107.  That you are not aware of any information, evidence, or witness indicating that the Plaintiff failed to perform in connection with the Project.

108.  That you have made no payment to the Plaintiff in connection with the Project, Payment Bond, or Lien on Real Estate.

109.  That you never filed Exhibit 2 among the land records of Tarrant County, Texas.

110.  That you are not in possession, custody, or control of any documentation indicating that anyone (other than the Plaintiff) filed Exhibit 2 among the land records of Tarrant County, Texas.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

111. That you are not aware of any information, evidence, or witness indicating that anyone (other than the Plaintiff) filed Exhibit 2 among the land records of Tarrant County, Texas.

112. That you never notified any purchaser of Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas of the existence of Exhibit 2.

113. That you never notified any purchaser of Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas of the existence of the lien on the property as reflected in Exhibit 2.

114. That you are not in possession, custody, or control of any documentation indicating that anyone (other than the Plaintiff) notified any purchaser of Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas of the existence of Exhibit 2.

115. That you are not aware of any information, evidence, or witness indicating that anyone (other than the Plaintiff) notified any purchaser of Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas of the existence of Exhibit 2.

116. That you never disclosed Exhibit 2 to any purchaser or potential purchaser of Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas.

117. That you are not in possession, custody, or control of any documentation indicating that anyone (other than the Plaintiff) disclosed Exhibit 2 to any purchaser or potential purchaser of Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
VER SPRING, MD 20910

AREA CODE 301
588-7717

118. That you are not aware of any information, evidence, or witness indicating that anyone (other than the Plaintiff) disclosed Exhibit 2 to any purchaser or potential purchaser of Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas.

119. That **Exhibit 5**, attached hereto, is Infinity Surety's Certificate of Ownership for Unincorporated Business or Profession for Tarrant County, Texas.

120. That you prepared Exhibit 5.

121. That you executed Exhibit 5.

122. That you signed Exhibit 5.

123. That you reviewed Exhibit 5 at the time it was executed.

124. That you authorized the execution of Exhibit 5.

125. That you approved the execution of Exhibit 5.

126. That your signature appears on Exhibit 5.

127. That Exhibit 5 is a genuine, authentic, and true photocopy of Infinity Surety's Certificate of Ownership for Unincorporated Business or Profession for Tarrant County, Texas.

128. That the contents of Exhibit 5 are accurate.

129. That the contents of Exhibit 5 are truthful.

130. That **Exhibit 6**, attached hereto, is Black & Davis Limited Partnership's Certificate of Ownership for Unincorporated Business or Profession for Tarrant County, Texas.

131. That you prepared Exhibit 6.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301

132.    That you executed Exhibit 6.

133.    That you signed Exhibit 6.

134.    That you reviewed Exhibit 6 at the time it was executed.

135.    That you authorized the execution of Exhibit 6.

136.    That you approved the execution of Exhibit 6.

137.    That your signature appears on Exhibit 6.

138.    That Exhibit 6 is a genuine, authentic, and true photocopy of Black & Davis Limited Partnership's Certificate of Ownership for Unincorporated Business or Profession for Tarrant County, Texas.

139.    That the contents of Exhibit 6 are accurate.

140.    That the contents of Exhibit 6 are truthful.

141.    That you possess cash in the amount of at least $93,000.

142.    That you possess assets valued at least in the amount of $93,000.

143.    That you earn a yearly salary.

144.    That your yearly gross salary is in excess of $100,000 per year.

145.    That your yearly net salary is in excess of $100,000 per year.

146.    That your yearly gross income exceeds $100,000 per year.

147.    That your yearly net income exceeds $100,000 per year.

148.    That you presently own more than one house.

149.    That you presently own more than one parcel of real property.

150.    That you are presently a member of the Bar of the State of Texas.

151.    That at the time you sold  Lot 26, Block 2 Loch N. Green Addition to the city of

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

Arlington, Tarrant County, Texas you knew that it was subject to the lien contained in Exhibit 2.

152.    That you sold Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas more than once.

153.    That you transferred ownership of Lot 26, Block 2 Loch N. Green Addition to the city of Arlington, Tarrant County, Texas subsequent to January 21, 2005.

Respectfully submitted,


 /s/ Brian E. Hoffman
**JEFFREY R. SCHMIELER, #035964**
**BRIAN E. HOFFMAN, 473860**
*SAUNDERS & SCHMIELER, P.C.*
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
**Counsel for Plaintiff**

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Plaintiff's Requests for Admissions To Defendant Davis** was mailed this___day of **June, 2007**, first class mail, postage prepaid, to:

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103

/s/ Brian E. Hoffman
**BRIAN E. HOFFMAN**

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
598-7717

**AFFIDAVIT OF INDIVIDUAL SURETY**
(See Instructions on reverse)

OMB No.: 9000-0001

**STATE OF**

Texas

**COUNTY OF**

Tarrant

SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety in the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933... I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME First, Middle, Last (Type or Print) | 2. HOME ADDRESS Number, Street, City, State, ZIP Code |
|---|---|
| L. Clifford Davis | 600 Texas Street Fort Worth, Texas 76102 |

**3. TYPE AND DURATION OF OCCUPATION**

Retired Judge

**4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State)**

Self Employed

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (If any) Number, Street, City, State, ZIP Code | 6. TELEPHONE NUMBER |
|---|---|
| Infinity Individual Surety 9005 Ada, Chicago Illinois 60628 | HOME - (817)451-5486 BUSINESS - (817) 429-5821 |

**7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:**

(a) Real estate (include a legal description, street address and other identifying description; the market value; lien supporting certified documents including recorded lien; evidence of title and the current lien assessment of the property. For market value appraisal, also provide a current appraisal.)

Lot 26 Block 2 Loch N Green Addition to the City of Arlington
Tarrant County, Texas.

(b) Assets other than real estate describe the assets; the details of the escrow account, and attach certified evidence thereof.

**8. IDENTIFY ALL MORTGAGES, LIENS, JUDGMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE**

**9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 2 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.**

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Name, appropriate) |
|---|---|
| Davis L. | APHIS-04-055 |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE OF (or other jurisdiction) |
|---|---|---|---|
| MONTH | DAY | YEAR | |
| Jan. | 21 | 2005 | Fort Worth, Texas |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type or print) | d. SIGNATURE | MY COMMISSION EXPIRES |
|---|---|---|
| Kimberly A. Mueller Notary | Kimberly A. Mueller | 8/9/08 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM
Prescribed by GSA-FAR

KIMBERLY A. MUELLER
MY COMMISSION EXPIRES
AUGUST 9, 2008

**EXHIBIT 1**

ORIGINAL

APPROVED

**Infinity Individual Surety**

8005 E. Ada
Chicago, Illinois 80620
773-779-0620

January 20, 2005

USDA, APHIS, MRPBS, ESB
4700 River Road, Unit 115 (3D33)
Riverdale, Maryland 20737

RE: Intelligent Information Technology Solutions, LLC
1090 Vermont Ave. NW #800
Washington DC 20005

### Lien on Real Estate

I agree that this instrument constitutes a lien in the amount of $93,000.00 the property located at Lot 26, Block 2 Loch N Green Addition to the City of Arlington Tarrant County, Texas. The rights of the United States Government shall take precedence over any subsequent lien of encumbrance until the lien is formally released by a duly authorized representative of the United States. I hereby grant the United States the power of sale of subject property, including legal fees associated with any sale of subject property, in the event of contractor default if I otherwise fail to satisfy the underlying payment, bond obligations as Individual Surety in solicitation/contract number APHIS-04-055. The lien is upon the real estate now owned by me described as follows:
Lot 26, Block 2 Loch N Green Addition to the city of Arlington Tarrant County, Texas Attest:

_____ (Seal) _____ (Seal)

I, _Kimberly A. Mueller_, a Notary Public in and for the City of Fort Worth, Texas, do hereby certify that a L. Clifford Davis is a party or parties to a certain Agreement bearing the date January 21, 2005, and hereunto annexed, personally appeared before me, the said L. Clifford Davis being personally well known to me as the person who executed said lien, and acknowledged the same to be his act and deed. Given under my hand and seal this 21st day of January, 2005

_Kimberly A. Mueller_

KIMBERLY A. MUELLER
MY COMMISSION EXPIRES
AUGUST 9, 2008

Sincerely,
Infinity Individual Surety

George D. Black
CEO, President

EXHIBIT _2_

Mar 03 2006 12:23PM  APHIS                    301-734-4846              p.2

APPROVED ~ ORIGINAL

| PAYMENT BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) | OMB No. 9000-0045 |
|---|---|---|
| | 1-21-05 | |

Public reporting burden for this collection of information is estimate to average 26 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

PRINCIPAL (Legal name and business address)

Inteligent Information Technology
Solutions, LLC
1090 Vermont Ave. NW #800
Washington DC 2005

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL    ☐ PARTNERSHIP

☐ JOINT VENTURE  ☒ CORPORATION

STATE OF INCORPORATION

Maryland

SURETY(IES) (Name(s) and business address(es))

Infinity Individual Surety
9005 S. Ada
Chicago, Illinois 60620

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | 93 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 9-30-04 | 50-32KW-055 |

OBLIGATION:  USDA,AMS, FV, PBB, Renovate Evaluation Room, South Building Room 0722

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:  Job Monitoring

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | 3. (Seal) (Seal) Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. IITS,LLC Felipe Wright President | 2. | 3. |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. | 2. |
| NAME(S) (Typed) | George A. Black, Sr. D.B.A. Infinity Individual Surety | 2. |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | Corporate Seal |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

EXHIBIT 3

Mar 03 2006 12:23PM  APHIS                    301-734-4846            p.3

## CORPORATE SURETY(IES) (Continued)

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space

designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV.10-98) BACK

Mar 03 2006 12:24PM  APHIS                     301-734-4846            p.6

## PAYMENT BOND
(See instructions on reverse)

| DATE BOND EXECUTED (Must be same as or later than date of contract) | OMB No.: 9000-0045 |
|---|---|
| 1-21-05 | |

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

**PRINCIPAL** (Legal name and business address)

Intelligent Information Technology
Solutions, LLC
1090 Vermont Ave. NW #800
Washington DC  2005

**TYPE OF ORGANIZATION** ("X" one)

[ ] INDIVIDUAL          [ ] PARTNERSHIP

[ ] JOINT VENTURE       [X] CORPORATION

**STATE OF INCORPORATION**

Maryland

**SURETY(IES)** (Name(s) and business address(es))

Infinity Individual Surety
9005 S. Ada
Chicago, Illinois  60620

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | 93 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 9-30-04 | APHIS-04-055 |

OBLIGATION: USDA, AMS, FV, PBB, Renovate Evalution Room, South Building Room 072

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS: Job Monitoring

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. IITS, LLC Felipe Wright President | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. George D. Black, Sr. D.B.A. Infinity Individual Surety | 2. |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable.

STANDARD FORM 25A (REV.)
Prescribed by GSA-FAR (48 CFR) 53

EXHIBIT 4

APPROVED

ORIGINAL

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space

designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

A206000541

SUZANNE HENDERSON, COUNTY CLERK
TARRANT COUNTY, TEXAS

ASSUMED NAME RECORDS
CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION

NOTICE: "CERTIFICATES OF OWNERSHIP" ARE VALID ONLY FOR A PERIOD NOT TO EXCEED 10 YEARS FROM THE DATE FILED
IN THE COUNTY CLERK'S OFFICE. (Chapter 36, Title 4 - Business and Commerce Code)

(This certificate properly executed is to be filed immediately with the County Clerk.)

* * * * *

NAME IN WHICH BUSINESS IS OR WILL BE CONDUCTED

_Infinity Surety_
(print or type)

BUSINESS ADDRESS: _4360 Western Center Blvd. #1161_

CITY: _Ft. Worth_    STATE: _Texas_    ZIP CODE _76137_

PERIOD (not to exceed 10 years) DURING WHICH ASSUMED NAME WILL BE USED: _10 yrs_    AAN #3

BUSINESS IS TO BE CONDUCTED AS (Check Which One): ☑ Proprietorship  ☑ Sole Practitioner  ☐ Joint Venture
☐ General Partnership  ☐ Limited Partnership  ☐ Real Estate Investment Trust
☐ Joint Stock Company  ☐ Other (name type)

CERTIFICATE OF OWNERSHIP

I/We, the undersigned, are the owner___ of the above business and my/our name___ and address___ given
is/are true and correct, and there is/are no ownership(s) in said business other than those listed herein below.

— NAMES OF OWNERS —

NAME _George D Black_    SIGNATURE _George D Black_
(print or type)
Address _4360 Western Center Blvd #1161_    Zip Code _76137_
_Ft. Worth Texas 76137_

NAME_____    SIGNATURE_____
(print or type)
Address_____    Zip Code _____

NAME_____    SIGNATURE_____
(print or type)
Address_____    Zip Code _____

NAME_____    SIGNATURE_____
(print or type)
Address_____    Zip Code _____

NAME_____    SIGNATURE_____
(print or type)
Address_____    Zip Code _____

THE STATE OF TEXAS }
}
COUNTY OF TARRANT }

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared_____
_G._ _George D. Black - ILAL_
known to me to be the person___ whose name___ is/are subscribed to the foregoing instrument and acknowledged to me that___ he___
are the owner(s) of the above-named business and that___he___signed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on _____ / 11 _____ 20_06_

(SEAL)

Notary Public in and for Tarrant County, Texas

SUZANNE HENDERSON, COUNTY CLERK

By _____    Deputy

CC-9 Revised 4/22/XX
GPC-1035


EXHIBIT 5

SUZANNE HENDERSON, COUNTY CLERK

TARRANT COUNTY, TEXAS

ASSUMED NAME RECORDS
CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION

NOTICE: "CERTIFICATES OF OWNERSHIP" ARE VALID ONLY FOR A PERIOD NOT TO EXCEED 10 YEARS FROM THE DATE FILED
IN THE COUNTY CLERK'S OFFICE. (Chapter 36, Title 4 - Business and Commerce Code)

(This certificate properly executed is to be filed immediately with the County Clerk.)

* * * * *

NAME IN WHICH BUSINESS IS OR WILL BE CONDUCTED

BLACK & Davis LIMITED PARTNERSHIP
(print or type)

BUSINESS ADDRESS: 1205 Saginaw Blvd #D217

CITY: Saginaw    STATE: Texas    ZIP CODE: 76179

PERIOD (not to exceed 10 years) DURING WHICH ASSUMED NAME WILL BE USED: 10

BUSINESS IS TO BE CONDUCTED AS (Check Which One): ☐ Proprietorship  ☐ Sole Practitioner  ☐ Joint Venture
☐ General Partnership  ☒ Limited Partnership  ☐ Real Estate Investment Trust
☐ Joint Stock Company  ☐ Other (name type)

CERTIFICATE OF OWNERSHIP

I/We, the undersigned, are the owner____ of the above business and my/our name____ and address____ given
is/are true and correct, and there is/are no ownership(s) in said business other than those listed herein below.

— NAMES OF OWNERS —

NAME George D. Black    SIGNATURE
(print or type)
Address 1205 Saginaw Blvd #D217    Zip Code 76179

NAME
(print or type)
Address    Zip Code

NAME L Clifford DAVIS    SIGNATURE
(print or type)
Address 600 TEXAS St    Fort Worth Tx    Zip Code 76102

NAME    SIGNATURE
(print or type)
Address    Zip Code

NAME    SIGNATURE
(print or type)
Address    Zip Code

THE STATE OF TEXAS )
)
COUNTY OF TARRANT )

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared
George D. Black, ILPC & L. Clifford Davis - They
known to me to be the person____ whose name____ is/are subscribed to the foregoing instrument and acknowledged to me that ____ he____
are the owner(s) of the above-named business and that ____ he____ signed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on 7/13 20__

Notary Public in and for Tarrant County, Texas

SUZANNE HENDERSON, COUNTY CLERK

By _____ Deputy

COUNTY CLERK
SUZANNE HENDERSON
2006 JUL 13 PM 1:54
FILED
TARRANT COUNTY TEXAS

CC-9 Revised 4/00
GPC-1036

EXHIBIT 6