UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC. | *<br>*<br>* |
| v. | *   Case No.: 1:06CV00486 (TFH/JMF) |
| GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al. | *<br>* |

### REQUEST FOR RULING ON PLAINTIFF'S
### UNOPPOSED MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC.** *("Syska")* by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and pursuant to the Federal Rules of Civil Procedure, respectfully requests this Honorable Court to Rule on its Motion For Summary Judgment, and for cause states the following:

1. On August 17, 2007, the Plaintiff filed with this Court a Motion For Summary Judgment against Defendants George D. Black, Sr. d.b.a. Infinity Individual Surety and Clifford Davis.

2. To date the Defendants have not filed an opposition or other response to the Motion for Summary Judgment.

3. The Motion at issue is ripe for a ruling, and it is requested that the Court rule on the motion at this time, in light of the upcoming mandatory

LAW OFFICES
AUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

conferences scheduled for September 20, and October 4, 2007.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court to rule on its outstanding and unopposed Motion For Summary Judgment.

        Respectfully submitted,

        **SAUNDERS & SCHMIELER, P.C.**

        /s/ Brian E. Hoffman
        Jeffrey R. Schmieler, #035964
        Brian E. Hoffman, #473860
        8737 Colesville Road, Suite L-201
        Silver Spring, Maryland 20910
        (301) 588-7717
        (301) 588-5073
        **Counsel for Plaintiff**

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Plaintiff's Request for Ruling on Motion for Summary Judgment, was mailed postage pre-paid, first class mail, this **12th** day of **September, 2007,** to the following:

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103

/s/ Brian E. Hoffman
Brian E. Hoffman

LAW OFFICES
AUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-201
SILVER SPRING, MD 20910

AREA CODE 301
588-7717