## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SYSKA HENNESSEY GROUP
CONSTRUCTION, INC.**

      **Plaintiff,**

      **v.**

**GEORGE D. BLACK, SR., d.b.a. INFINITY
INDIVIDUAL SURETY, <u>et al.</u>,**

      **Defendants.**

Civil Action No. 06-486 (JMF)

### ORDER

Upon consideration of <u>Plaintiff's Motion for Summary Judgment Against Defendants Davis and Black d.b.a. Infinity Individual Surety</u>, and no opposition having been filed thereto, **IT IS ORDERED** that said motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall enter judgment in favor of plaintiff and against defendants Davis and Black d.b.a. Infinity Individual Surety in the amount of eighty-three thousand, nine hundred and thirty-eight dollars and sixty-eight cents ($83,938.68), with interest thereon at the rate of 4.03% as provided by law; and it is further

**ORDERED** that plaintiff shall file any petition for additional attorney fees by October 8, 2007 and that defendants must file any opposition thereto by October 15, 2007.

**SO ORDERED.**

Date:  October  1, 2007

                                       /s/
                             JOHN M. FACCIOLA
                             UNITED STATES MAGISTRATE JUDGE