UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYSKA HENNESSEY GROUP CONSTRUCTION, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**GEORGE D. BLACK, SR., d.b.a. INFINITY INDIVIDUAL SURETY, et al.,**<br><br>**Defendants.** | Civil Action No. 06-486 (JMF) |

## MEMORANDUM OPINION

Currently before me is <u>Plaintiff's Motion for Summary Judgment Against Defendants Davis and Black d.b.a. Infinity Individual Surety</u>. For the reasons stated herein, plaintiff's motion will be granted as unopposed.

Plaintiff filed its motion on August 17, 2007. Defendants therefore had eleven (11) days, or until August 28, 2007, within which to serve and file a memorandum of points and authorities in opposition to the motion. <u>See</u> LCvR 7(b). This deadline would have been extended three days to August 31, 2007, if defendants had filed and served their opposition electronically. <u>See</u> Fed. R. Civ. P. 6(e). Any opposition filed after that date would have required a motion for enlargement evidencing excusable neglect. <u>See</u> Fed. R. Civ. P. 6(b).

Defendant has not filed an opposition in compliance with the time limitations set forth in LCvR 7(b) and Fed. R. Civ. P. 6(e), nor has it filed a motion for enlargement evidencing excusable neglect pursuant to Fed. R. Civ. P. 6(b). Plaintiff's motion is therefore granted as unopposed.

- 2 -

An Order accompanies this Memorandum Opinion.


Dated:  October 1, 2007                               /s/                        
                                                JOHN M. FACCIOLA
                                                UNITED STATES MAGISTRATE JUDGE