UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYSKA HENNESSEY GROUP
CONSTRUCTION, INC.

Plaintiff,

v.

GEORGE D. BLACK, SR., d.b.a. INFINITY
INDIVIDUAL SURETY, et al.,

Defendants.

Civil Action No. 06-486 (JMF)

FILED
OCT 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

This action came on for hearing before the Court, Honorable John M. Facciola, Magistrate Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is **ORDERED** and **ADJUDGED** that the plaintiff Syska Hennessey Group Construction, Inc. recover of the defendants Davis and Black d.b.a. Infinity Individual Surety the sum of eighty-three thousand, nine hundred and thirty-eight dollars and sixty-eight cents ($83,938.68), with interest thereon at the rate of 4.03% as provided by law.

**SO ORDERED.**

_____
Clerk of the Court

Dated: 10/01/07