**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **FOR THE USE AND BENEFIT OF** | | |
| **SYSKA HENNESSY GROUP** | * | |
| **CONSTRUCTION, INC.** | | |
| | * | |
| | | |
| **v.** | * | **Case No.: 1:06CV00486 (JMF)** |
| | | |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY** | | |
| **INDIVIDUAL SURETY, et al.** | * | |

**PLAINTIFF'S PETITION FOR ADDITIONAL ATTORNEY FEES AND CONSENT**
**MOTION TO MODIFY ORDER OF JUDGMENT**
_____

COMES NOW the Plaintiff, the United States of America for the use and benefit of

**SYSKA HENNESSY GROUP CONSTRUCTION, INC. *("Syska")*** by and through its

attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and

pursuant to the Federal Rules of Civil Procedure and this Court's Order of October 1, 2007,

respectfully submits this Petition for Additional Attorney Fees and Consent Motion to Modify

Judgment, and in support thereof states the following:

I.    **PETITION FOR ATTORNEY FEES**

1.    On October 1, 2007 this Court granted the Plaintiff's Motion For Summary

Judgment against Defendants George D. Black, Sr. d.b.a. Infinity Individual Surety and

Clifford Davis.

2.    Said Order directed that the Plaintiff may petition for additional attorney

fees by October 8, 2007.

3.    In compliance with the Court's Order, the Plaintiff hereby submits the

attached Affidavit of Attorney Fees, incorporated herein as Exhibit 1, which evidences

attorney fees in the amount of $2,666.00 incurred between the date of the Motion for

Summary Judgment and the date of this Petition.

4.    The Plaintiff respectfully requests that the above amount be added to the

Order of Judgment against Defendants George D. Black, Sr. d.b.a. Infinity Individual Surety

and Clifford Davis.  Such addition will bring the total Judgment amount to **$86,604.68.**

5.    Whereas the Lien on Real Estate executed by the Defendants, which was

the subject of the Motion for Summary Judgment, states that the Defendants will be liable for

Plaintiff's attorney fees associated with enforcing the lien, and whereas the Defendants have

admitted in discovery to owing the Plaintiff attorney fees associated with prosecuting this

action, all of which was unopposed in the Motion, the Plaintiff seeks further leave to petition

this Court in the future for additional attorney fees associated with enforcing this Judgment.

## II.    CONSENT MOTION TO MODIFY ORDER OF JUDGMENT

6.    Using the above figure of $86,604.68 as a basis, the Plaintiff notifies the

Court that between the date of the Motion for Summary Judgment and the date of this Court's

Order, Defendant IITS tendered a check in the amount of $35,000.00 in partial satisfaction

of the judgment against it.  Therefore, $35,000 should be subtracted from the above

$86,604.68.

7.    In addition to the above arithmetic, the Plaintiff notifies the Court that in its

Motion for Summary Judgment, the Plaintiff inadvertently employed an incorrect interest rate

in calculating the post judgment debt.  Applying the correct rate of 5.0%, an additional

$3,387.24 should be subtracted from the judgment amount.

8.      The interest accumulated between the date of Motion for Summary

Judgment, and the date of this petition, is an additional $379.53.

9.      **Summarizing the above calculations, the Judgment against**

**Defendants Black and Davis should be modified to reflect a total judgment amount**

**of $48,596.97.**

10.     The Defendants consent to the above modification.


**III.      UNOPPOSED MOTION TO MODIFY ORDER OF JUDGMENT**

11.     Although the Court granted the Plaintiff's Motion for Summary Judgment

and granted the Plaintiff's sought relief in the form of money damages, the Court did not grant

the Plaintiff the additional relief requested.  This motion requests that the Court grant the

additional relief sought in the Motion for Summary Judgment, namely, an order of lien on

Defendants' property which was tendered as security on the payment bond at issue in this

litigation.

12.     As described in Page 2 of the Motion for Summary Judgment, as security

for the payment bond, the Defendants provided the Plaintiff with a priority lien in the amount

of $93,000.00 on real estate described as Lot 26, Block 2 Loch N. Green Addition in the City

of Arlington, Tarrant County, Texas, which was memorialized in a signed, sealed, and

notarized "Lien on Real Estate" on January 21, 2005.  This lien agreement was attached as

Exhibit 2 to the Amended Complaint and as Exhibit 2 to Plaintiff's Requests for Admissions

to Defendants, the latter which constituted Exhibits 1 and 2 to Plaintiff's Motion for Summary

Judgment.

13.    Said lien was agreed to become active "in the event of contractor default if I otherwise fail to satisfy the underlying payment bond obligations as Individual Surety. . . "

14.    The Judgment against Defendant IITS evidences that the contractor has in fact "defaulted."

15.    The Judgment against Defendants Black and Davis evidences that they have "otherwise failed to satisfy the underlying payment bond obligations as Individual Surety."

16.    LCvR 72.1(a)(8) grants United States Magistrate Judges the authority to "order the return or the forfeiture of collateral or surety bonds."

17.    Given that the Motion for Summary Judgment has been granted, the Plaintiff moves that the Court enter the attached Proposed Order, similar to the Proposed Order attached to the Motion for Summary Judgment, establishing a lien in favor of the Plaintiff in the amount of $93,000.00 against Lot 26, Block 2 Loch N. Green Addition in the city of Arlington, Tarrant County, Texas.

Respectfully submitted,

**SAUNDERS & SCHMIELER, P.C.**

  /s/ Brian E. Hoffman
Jeffrey R. Schmieler, #035964
Brian E. Hoffman, #473860
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
**Counsel for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SYSKA HENNESSY GROUP CONSTRUCTION, INC.** | * <br><br> * <br><br><br> * |
| **v.** | Case No.: 1:06CV00486 (JMF) <br> * |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY INDIVIDUAL SURETY, et al.** | * <br><br> * |

## ORDER
_____

**UPON CONSIDERATION** of Plaintiff United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc.'s Consent Motion to Modify Judgment Against Defendants Davis and Black d/b/a Infinity Individual Surety (hereinafter "Black"), it is hereby

**ORDERED** that the Motion to Modify is Granted, and it is further

**ORDERED** that Judgment entered on October 1, 2007 in favor of the Plaintiff and against Defendants Davis and Black, is hereby modified to the amount of _____ plus post-judgment interest at the rate of 4.03%; and it is further

**ORDERED** that the Plaintiff is granted leave to periodically petition this Court to modify this judgment further by including future attorney fees incurred in enforcing this Judgment.

**UPON CONSIDERATION** of Plaintiff United States of America for the Use and

Benefit of Syska Hennessy Group Construction, Inc.'s Unopposed Motion to Modify Judgment Against Defendants Davis and Black d/b/a Infinity Individual Surety (hereinafter "Black"), and noting that the relief requested therein is the same as the relief originally requested and unopposed in its Motion for Summary Judgment, it is hereby

ORDERED that a lien in favor of the Plaintiff in the amount of $93,000.00 is hereby established, enforced, applied, and activated against Lot 26, Block 2 Loch N. Green Addition in the city of Arlington, Tarrant County, Texas, including all improvements therein, and it is further

ORDERED that I, as Magistrate Judge of the United States District Court for the District of Columbia, having jurisdiction over the case captioned above, do by this document, authorize any Judge, Magistrate, U.S. Marshal, Sheriff, or other Judicial Officer or Notary Public of the State of Texas to cause the attachment, levy, auction, and selling of Lot 26, Block 2 Loch N. Green Addition in the city of Arlington, Tarrant County, Texas and exhort them to issue a writ, judgment, order, or other process, accomplishing same, to the amount of $93,000.00 with proceeds in this amount payable to the Plaintiff in satisfaction of this judgment, until and unless the lien is paid and satisfied by Defendants Davis and Black.

_____
Magistrate Judge John M. Facciola
United States District Court for
the District of  Columbia

Copies to:

Jeffrey R. Schmieler, Esquire
Brian E. Hoffman, Esquire
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing Plaintiff's Motion to Modify Judgment, was mailed postage pre-paid, first class mail, this **_8th_** day of **_October, 2007,_** to the following:

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103

                                        /s/ Brian E. Hoffman
                                        Brian E. Hoffman