UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>SYSKA HENNESSY GROUP<br>CONSTRUCTION, INC.<br><br>v.<br><br>GEORGE D. BLACK, SR., d.b.a. INFINITY<br>INDIVIDUAL SURETY, et al. | *<br>*<br><br>*<br>*   Case No.: 1:06CV00486 (JMF)<br>*<br>* |

## AFFIDAVIT OF ATTORNEY FEES

I, Carolyn J. White hereby certify under penalty of perjury, that:

1. I am the legal assistant for Plaintiff's counsel in the above action.

2. That my business address is 8737 Colesville Road, Suite 201, Silver Spring, Maryland 20910.

3. That I am over the age of eighteen (18) and competent to make this affidavit.

4. That I have reviewed all billing entries for the above action and have calculated the total attorney fees charged to the Plaintiff to date.

5. That I have subtracted all billing entries solely associated with litigation against Defendant IITS.

6. That in addition to the attorney fees included in the Plaintiff's Motion for Summary Judgment, which are true and accurate, the Plaintiff incurred additional attorney fees of $2,666.00 between the date the Motion was filed and the date of this Affidavit.

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

EXHIBIT 1

**I HEREBY CERTIFY,** under penalties of perjury that the foregoing assertions are true and correct.

_____
Carolyn J. White

STATE OF Maryland

ss:

COUNTY OF Montgomery

Signed and sworn to before me this 8th day of October, 2007.

_____
**Notary Public**

My commission expires: 10-1-2008

DARLA ANN MONTGOMERY
NOTARY PUBLIC - MARYLAND
MONTGOMERY COUNTY
My Commission Expires October 1, 2008

LAW OFFICES
NDERS & SCHMIELER, P.C.
737 COLESVILLE ROAD
SUITE L-201
LVER SPRING, MD 20910

AREA CODE 301
588-7717

2