UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYSKA HENNESSEY GROUP
CONSTRUCTION, INC.

Plaintiff,

v.

GEORGE D. BLACK, SR., d.b.a. INFINITY
INDIVIDUAL SURETY, et al.,

Defendants.

Civil Action No. 06-486 (JMF)

## JUDGMENT

This action came on for hearing before the Court, Honorable John M. Facciola, Magistrate Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is **ORDERED** and **ADJUDGED** that the plaintiff Syska Hennessey Group Construction, Inc. recover of the defendants Davis and Black d.b.a. Infinity Individual Surety the sum of forty-eight thousand, five hundred ninety-six dollars and ninety-seven cents ($48,596.97) with interest at the rate of 4.03%, as provided by law.

**SO ORDERED.**

Linda L. Romero
Deputy Clerk of the Court

Dated: 11/20/07