UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYSKA HENNESSEY GROUP CONSTRUCTION, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GEORGE D. BLACK, SR., d.b.a. INFINITY INDIVIDUAL SURETY, et al.,**<br><br>**Defendants.** | Civil Action No. 06-486 (JMF) |

**MEMORANDUM ORDER**

**UPON CONSIDERATION** of Defendant United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc.'s Motion For Issuance of Order Directing Defendant Davis to Appear for Oral Examination Duces Tecum in Aid of Enforcement of Judgment [52], and no opposition having been filed thereto, it is hereby

**ORDERED** pursuant to Local Civil Rule 7(b) that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED** that the Defendant L. Clifford Davis is summoned and subpoenaed to appear in person, at a place and time to be determined by counsel for Plaintiff, to be examined under oath concerning any assets, property, or credits of the Defendant, and that the Defendant shall produce the below documents at said examination:

    a.    Statements for all bank accounts, brokerage accounts, savings accounts, investment accounts, mutual funds, investment portfolios, or any other asset account of any kind maintained by Defendant Davis from January 1, 2005 to the present;

  b. Copies of all contracts, surety contracts, affidavits of surety, and other business documents under which Defendant Davis is presently performing services as a surety, guarantor, or co-signer on any surety agreement;

  c. All records of accounts receivable by Defendant Davis;

  d. A copy of any and all profit and loss statements, balance sheets, and cash flow statements for Defendant Davis from January 1, 2005 to the present;

  e. Copies of any documents pertaining to any loans, mortgages, or lines of credit made to Defendant Davis which were active and pending for any of the past 5 years including the present;

  f. A copy of all federal and state tax returns for Defendant Davis and/or his household, joint or single, for the past 5 years;

  g. A copy of all deeds, plats, and contracts of sale for any property owned in whole or in part by Defendant Davis, including any real property in which Defendant Davis held any possessory or proprietary interest or title, for the past 10 years;

  h. A copy of all W-2 Statements for Defendant Davis for the past 3 years.

  i. All currency, un-deposited checks, checks held for delivery to third parties, bonds, stock certificates, records of mutual funds, and records of other investment accounts in the name of Defendant Davis;

  j. An itemization and all documentation identifying all inventory, personal property, chattel, items, goods, objects, appliances, jewelry, artwork, and equipment owned or possessed by Defendant Davis.

  k. All pay stubs of Defendant Davis for the past 3 years.

- 3 -

l.  All documentation pertaining to all bonuses, profit sharing, equity, 401(k) contributions, pensions, and other compensation or benefits, vested or unvested, issued to, paid to, contributed to, or received by Defendant Davis for the past 5 years.

m.  All other assets of Defendant Davis.

**SO ORDERED.**

Dated: December 31, 2007                             /s/
                                                JOHN M. FACCIOLA
                                                UNITED STATES MAGISTRATE JUDGE