UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> FOR THE USE AND BENEFIT OF <br> SYSKA HENNESSY GROUP <br> CONSTRUCTION, INC. <br><br> v. <br><br> GEORGE D. BLACK, SR., d.b.a. INFINITY <br> INDIVIDUAL SURETY, et al. | * <br> * <br> * <br> * <br> Case No.: 1:06CV00486 (JMF) <br> * <br> * <br> * |

**PLAINTIFF'S MOTION FOR CONTEMPT AGAINST DEFENDANT DAVIS**
_____

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC.** *("Syska")* by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and pursuant to the Federal Rules of Civil Procedure, and moves that this Honorable Court enter an Order directing that Defendant L. Clifford Davis be held in contempt of this Court and in support thereof states as follows:

1.   The Plaintiff recorded a judgment against Defendant L. Clifford Davis in the United States District Court for the District of Columbia on October 1, 2007.

2.   On November 20, 2007 the Court entered a revised judgment by consent of the parties.

3.   On December 31, 2007 the Court granted the Plaintiff's Motion for Oral Examination of Defendant Davis in aid of enforcement of the judgment. It is noted that the Defendant did not oppose the motion for oral examination.

4. The Court's Memorandum Order stated that **"Defendant L. Clifford Davis is summoned and subpoenaed to appear in person, at a place and time to be determined by counsel for Plaintiff, to be examined under oath concerning any assets, property, or credits of the Defendant, and that the Defendant shall produce the below documents at said examination:. . ."**

5. Attached hereto as Exhibit 1 is correspondence from the Plaintiff to counsel for Defendant Davis scheduling the oral examination for February 28, at 10:00 a.m. at the office of Plaintiff's counsel. As a courtesy to the Defendant and his counsel, the Plaintiff provided them with 36 days notice of the proceeding. On January 22, 2008 Plaintiff's counsel sent Defense counsel an e-mail stating:

> **Pursuant to Judge Facciola's Order of December 31, I am writing to schedule Defendant Davis's oral examination for February 28 at 10:00 in my office. The order allows me to pick a date and time unilaterally, but as a courtesy I feel that I am providing plenty of time for you and your client to fit this into your respective schedules. The order itself acts as a summons and I'd appreciate you responding that this e-mail suffices as effective notice of the proceeding.**

<u>See</u> Exhibit 1.

6. On February 6, 2008, Plaintiff's counsel sent an e-mail to Defense counsel reminding him of the oral examination stating, **"Please be advised that the Oral Examination of Defendant Davis will remain scheduled on Feb. 28 unless we have reached, or neared, a resolution by then."** <u>See</u> Exhibit 1.

7. On February 25, Plaintiff's counsel again reminded Defense counsel of the upcoming proceeding stating, **"Since I have not heard back from you regarding satisfaction of the judgment, settlement, or otherwise, this is a final reminder that**

**the Oral Examination of Defendant Davis will go forward as scheduled on Thursday. Please arrange for him to produce all the documentation contained in the order for oral examination."** *See* Exhibit 1.

8.    Neither the Defendant nor his attorneys appeared for the oral examination on February 28, 2008, nor did they write or call Plaintiff's counsel to inform him that they did not intend to appear.

9.    Defense counsel received the e-mails attached as Exhibit 1 as evidenced by subsequent e-mails from defense counsel inquiring as to a possible resolution of the judgment.

10.   The Plaintiff notes that Defendant Davis himself is an attorney, barred in Texas.  He has shown nothing but disdain and contempt for the authority and jurisdiction of this Court and has not acted in good faith.  He has retained two attorneys to represent him in this matter.  Mr. Bynum serves as local counsel, and Mr. Greene was admitted to this court pro hac vice, with no objection by the Plaintiff.  The Plaintiff submits that the Defendant's failure to attend his oral examination and the failure of either of his attorneys to attend or to provide notice of such intention to the Plaintiff, despite being reminded thrice by the Plaintiff, surpasses any need for a show cause proceeding.

11.   Federal Rule 45(e) permits the Court to hold Defendant Davis in contempt of the Court due to his failure to obey a subpoena.

**WHEREFORE**, the Plaintiff respectfully prays that the Court enter an order directing that Defendant Davis be found to be in contempt of Court, and ordering appropriate sanctions, including attorney fees associated with preparing this motion,

preparing for the oral examination, taking the future oral examination, preparing the motion for oral examination, and any other sanctions in the discretion of the Court.

Respectfully submitted,

*SAUNDERS & SCHMIELER, P.C.*

   /s/Brian E. Hoffman
**Jeffrey R. Schmieler, #035964**
**Brian E. Hoffman, #473860**
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify, that a copy of the foregoing Motion for Contempt, postage pre-paid, first class mail, this **29th** day of **February, 2008,** to the following:

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103

                                              /s/Brian E. Hoffman
                                              **Brian E. Hoffman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SYSKA HENNESSY GROUP CONSTRUCTION, INC.** | * * * | |
| v. | * * | Case No.: 1:06CV00486 (JMF) |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY INDIVIDUAL SURETY, et al.** | * * | |

## ORDER

**UPON CONSIDERATION** of Plaintiff United States of America for the Use and Benefit of Syska Hennessy Group Construction, Inc.'s Motion For Contempt against Defendant Davis, and any opposition thereto, it is hereby

**ORDERED** that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED** that the Memorandum Order of December 31, 2007, ordering that Defendant Davis appear for oral examination, shall remain in full force and effect; and it is further

**ORDERED** that Plaintiff may re-schedule the Oral Examination of the Defendant pursuant to the above order with as few three (3) days notice to the Defendant, and it is further

**ORDERED** that the Defendant L. Clifford Davis is hereby held in Contempt of this Court and is sanctioned as follows:

**ENTERED** this _____ day of _____, 2008.

_____
Magistrate Judge John M. Facciola
United States District Court for
the District of Columbia

Copies to:

Jeffrey R. Schmieler, Esquire
Brian E. Hoffman, Esquire
8737 Colesville Road, Suite L-201
Silver Spring, Maryland 20910

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103