# Brian Hoffman

**From:** Brian Hoffman [hoffmanb@sslawfirm.com]
**Sent:** Monday, February 25, 2008 10:53 AM
**To:** 'Kenneth David Bynum'
**Subject:** RE: Syska Hennessey Group Construction v. Infinity Surety

Ken,
Since I have not heard back from you regarding satisfaction of the judgment, settlement, or otherwise, this is a final reminder that the Oral Examination of Defendant Davis will go forward as scheduled on Thursday. Please arrange for him to produce all the documentation contained in the order for oral examination.


Brian E. Hoffman, Esquire
Saunders & Schmieler, P.C.
8737 Colesville Road
Suite L-201
Silver Spring, MD 20910
PH: 301-588-7717
FX: 301-588-5073

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential
and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message. If you are the intended recipient but do not wish to receive
communications through this medium, please so advise the sender
immediately. We do not waive attorney-client or work product privilege by the transmission of this message.



-----Original Message-----
**From:** Brian Hoffman [mailto:hoffmanb@sslawfirm.com]
**Sent:** Wednesday, February 06, 2008 4:22 PM
**To:** 'Kenneth David Bynum'
**Subject:** RE: Syska Hennessey Group Construction v. Infinity Surety

Ken,
I have not heard back from you regarding settlement. Please be advised that the Oral Examination
of Defendant Davis will remain scheduled on Feb. 28 unless we have reached, or neared, a resolution by
then.


Brian E. Hoffman, Esquire
Saunders & Schmieler, P.C.
8737 Colesville Road
Suite L-201
Silver Spring, MD 20910
PH: 301-588-7717
FX: 301-588-5073

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain
confidential and/or privileged material. Any unauthorized review, use, disclosure or

distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message. If you are the intended recipient but do not wish to receive

EXHIBIT 1

communications through this medium, please so advise the sender
immediately. We do not waive attorney-client or work product privilege by the transmission of this message.

-----Original Message-----
**From:** Brian Hoffman [mailto:hoffmanb@sslawfirm.com]
**Sent:** Tuesday, January 22, 2008 10:50 AM
**To:** 'Kenneth David Bynum'
**Subject:** RE: Syska Hennessey Group Construction v. Infinity Surety

Ken,
Pursuant to Judge Facciola's Order of December 31, I am writing to schedule Defendant Davis's oral examination for February 28 at 10:00 in my office. The order allows me to pick a date and time unilaterally, but as a courtesy I feel that I am providing plenty of time for you and your client to fit this into your respective schedules. The order itself acts as a summons and I'd appreciate you responding that this e-mail suffices as effective notice of the proceeding.

Brian E. Hoffman, Esquire
Saunders & Schmieler, P.C.
8737 Colesville Road
Suite L-201
Silver Spring, MD 20910
PH: 301-588-7717
FX: 301-588-5073

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or

distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message. If you are the intended recipient but do not wish to receive
communications through this medium, please so advise the sender
immediately. We do not waive attorney-client or work product privilege by the transmission of this message.