UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**FOR THE USE AND BENEFIT OF**<br>**SYSKA HENNESSY GROUP**<br>**CONSTRUCTION, INC.** | *<br><br>*<br><br>* |
| **v.** | * Case No.: 1:06CV00486 (JMF) |
| **GEORGE D. BLACK, SR., d.b.a. INFINITY**<br>**INDIVIDUAL SURETY, et al.** | *<br><br>* |

**REQUEST FOR RULING ON PLAINTIFF'S
UNOPPOSED MOTION FOR CONTEMPT**
_____

**COMES NOW** the Plaintiff, the United States of America for the use and benefit of **SYSKA HENNESSY GROUP CONSTRUCTION, INC.** *("Syska")* by and through its attorneys *Jeffrey R. Schmieler, Brian E. Hoffman, and Saunders & Schmieler, P.C.* and pursuant to the Federal Rules of Civil Procedure, respectfully requests this Honorable Court to Rule on its Motion For Contempt, and for cause states the following:

1. On February 29, 2008, the Plaintiff filed with this Court a Motion For Contempt with respect to Defendant Clifford Davis.

2. To date the Defendants have not filed an opposition or other response to the Motion for Contempt.

3. The Motion at issue is ripe for a ruling, and it is requested that the Court rule on the motion at this time.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court to rule on its outstanding and unopposed Motion For Contempt.

        Respectfully submitted,

        ***SAUNDERS & SCHMIELER, P.C.***

        <u>  /s/ Brian E. Hoffman           </u>
        Jeffrey R. Schmieler, #035964
        Brian E. Hoffman, #473860
        8737 Colesville Road, Suite L-201
        Silver Spring, Maryland 20910
        (301) 588-7717
        (301) 588-5073
        ***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

       I hereby certify, that a copy of the foregoing Plaintiff's Request for Ruling on Motion for Contempt, was mailed postage pre-paid, first class mail, this **24th** day of **March, 2008,** to the following:

Kenneth D. Bynum, Esquire
*Bynum and Jenkins, PLLC*
901 North Pitt Street, Suite 320
Alexandria, VA 22314

Douglas C. Greene, Esquire
*GREENE LAW FIRM*
2401 Scott Ave Suite #120
Fort Worth, TX. 76103

                                              /s/ Brian E. Hoffman
                                              Brian E. Hoffman